PERKINS COIE LLP
Jordan C. Harris, WA Bar No. 55499
JordanHarris@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEWIS, GLADYS SOLIS, and PATRICIA CASTILLO,<br><br>v.    Plaintiff(s)<br><br>MAGNITE, INC.,<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-3448<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Harris, Jordan C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

206-359-3170         206-359-9000
*Telephone Number*   *Fax Number*

JordanHarris@perkinscoie.com
*E-Mail Address*

of

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Magnite, Inc.

*Name(s) of Party(ies) Represented*       ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Burgin, Alisha C.
*Designee's Name (Last Name, First Name & Middle Initial)*

286269         310-788-9900         310-788-3399
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

ABurgin@perkinscoie.com
*E-Mail Address*

of

Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____          _____
                                        U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1