1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PERKINS COIE LLP
Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:  310.788.9900
Facsimile:   310.788.3399

Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna Mouw Thomspon, *pro hac vice*
AnnaThompson@perkinscoie.com
Jordan C. Harris, *pro hac vice*
JordanHarris@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000
Fax: 206.359.9000

Attorneys for Defendant Magnite, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEWIS, GLADYS SOLIS, and PATRICIA CASTILLO, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNITE, INC.,<br><br>Defendant. | Case No. 2:25-cv-03448-MWC-SSC<br><br>[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Complaint served: March 21, 2025<br>Current response date: May 23, 2025<br>New response date: July 7, 2025<br><br>Hon. Michelle Williams Court |

1

**[PROPOSED] ORDER**

2     The Court, having considered the Parties' Second Stipulation to Extend Time

3  to Respond to Complaint, and for good cause shown, hereby orders that the Parties'

4  Stipulation is GRANTED. Defendant Magnite, Inc.'s deadline to respond to the

5  Complaint is extended to July 7, 2025.

6

7     **IT IS SO ORDERED.**

8

9

10  Dated: _____, 2025        By: _____

11                                    Hon. Michelle Williams Court
                                      United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -