| | |
|---|---|
| Tina Wolfson (SBN 174806)<br>twolfson@ahdootwolfson.com<br>Theodore W. Maya (SBN 223242)<br>tmaya@ahdootwolfson.com<br>Alyssa Brown (SBN 301313)<br>abrown@ahdootwolfson.com<br>**AHDOOT & WOLFSON, PC**<br>2600 West Olive Ave., Suite 500<br>Burbank CA 91505<br>Telephone: (310) 474-9111<br>Facsimile:  (310) 474-8585 | Philip L. Fraietta (SBN 354768)<br>pfraietta@bursor.com<br>**BURSOR & FISHER, P.A.**<br>1330 Ave. of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7408<br>Facsimile: (212) 989-9163<br><br>Emily A. Horne (SBN 347723)<br>ehorne@bursor.com<br>Joshua R. Wilner (SBN 353949)<br>jwilner@bursor.com<br>**BURSOR & FISHER, P.A.**<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br><br>*Proposed Class Counsel* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD LEWIS, GLADYS SOLIS, and PATRICIA CASTILLO, individuals, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>MAGNITE, INC.,<br><br>                    Defendant. | Case No. 2:25-CV-03448-MWC-SSC<br><br>**NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL**<br><br>Date: August 8, 2025<br>Time: 1:30 PM<br>Courtroom: 6A<br>Judge: Hon. Michelle Williams Court |

| | | |
|---|---|---|
| 1 | LISA TSERING, ARIEL GILLIGAN, LOGAN MITCHELL, MARC RUSSO, and DILARA USKUP, individually and on behalf of all other persons similarly situated, | Case No. 2:25-cv-04874-MWC-SSC |
| 2 | | |
| 3 | | Judge: Hon. Michelle Williams Court |
| 4 | | |
| 5 | Plaintiffs, v. | |
| 6 | | |
| 7 | MAGNITE, INC., | |
| 8 | Defendant. | |

NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL
CASE NO. 2:25-CV-03448-MWC-SSC

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Lisa Tsering, Ariel Gilligan, Logan Mitchell, Marc Russo, and Dilara Uskup hereby move before the Honorable Michelle Williams Court on August 8, 2025, at 1:30 PM, or as soon thereafter as the parties may be heard, for an Order:

Consolidating, pursuant to Federal Rule of Civil Procedure 42(a), *Tsering, et al. v. Magnite, Inc.*, No. 2:25-cv-04874, and *Lewis v. Magnite, Inc.* No. 2:25-cv-03448 (C.D. Cal.), and any future related actions filed in, removed to, or transferred to this Court, under the docket number of the *Lewis* case, No. 2:25-cv-03448 and under the new caption *In re: Magnite, Inc. Privacy Litigation*; and

Appointing Tina Wolfson of Ahdoot & Wolfson, P.C. and Philip L. Fraietta of Bursor and Fisher, P.A. as Interim Class Counsel pursuant to Fed. R. Civ. P. 23(g)(3).

Plaintiffs' motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Tina Wolfson and Philip L. Fraietta, the Proposed Order submitted herewith, and any other matter the Court may wish to consider.

Pursuant to Local Rule 7-3, the Parties met and conferred on June 26, 2025, via videoconference, and thoroughly discussed each and every issue raised in this Motion. The Parties attempted in good faith to resolve the motion in whole or in part. All parties agree that consolidation is appropriate. Counsel for Magnite takes no position regarding the Motion to Appoint Interim Class Counsel, and counsel for plaintiffs in the *Lewis* case have opposed and indicated they will be filing a competing motion to appoint interim class counsel. Wolfson Decl. ¶ 6; Fraietta Decl. ¶ 18.

Dated: July 3, 2025                    Respectfully Submitted,

                                       By: /s/ *Tina Wolfson*
                                       Tina Wolfson (SBN 174806)
                                       Theodore W. Maya (SBN 223242)
                                       Alyssa Brown (SBN 301313)

NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL
CASE NO. 2:25-CV-03448-MWC-SSC

1

| | |
|---|---|
| 1 | |
| 2 | **AHDOOT & WOLFSON, PC** |
| | 2600 West Olive Ave., Suite 500 |
| 3 | Burbank CA 91505 |
| | Phone: (310) 474-9111 |
| 4 | twolfson@ahdootwolfson.com |
| 5 | tmaya@ahdootwolfson.com |
| | abrown@ahdootwolfson.com |
| 6 | |
| 7 | Philip L. Fraietta (SBN 354768) |
| | Max S. Roberts (*pro hac vice* forthcoming) |
| 8 | **BURSOR & FISHER, P.A.** |
| | 1330 Avenue of the Americas, 32nd Floor |
| 9 | New York, NY 10019 |
| 10 | Telephone: (646) 837-7408 |
| | Facsimile: (212) 989-9163 |
| 11 | pfraietta@bursor.com |
| 12 | mroberts@bursor.com |
| 13 | |
| | Joshua R. Wilner (SBN 353949) |
| 14 | **BURSOR & FISHER, P.A.** |
| | 1990 North California Blvd., 9th Floor |
| 15 | Walnut Creek, CA 94596 |
| 16 | Telephone: (925) 300-4455 |
| | Facsimile: (925) 407-2700 |
| 17 | jwilner@bursor.com |
| 18 | |
| | *Proposed Interim Class Counsel* |

NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL
CASE NO. 2:25-CV-03448-MWC-SSC

2