Thomas M. Hanson, State Bar No. 184465
hanson@loevy.com
Jon Loevy, *pro hac vice* application forthcoming
jon@loevy.com
Mike Kanovits, *pro hac vice* application forthcoming
mike@loevy.com
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)

*Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| EDWARD LEWIS, GLADYS SOLIS, and PATRICIA CASTILLO, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNITE, INC.,<br><br>Defendant. | Case No. 2:25-CV-03448-MWC-SSC<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO CONSOLIDATE CASES AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Judge: Hon. Michelle Williams Court<br><br>Current Hearing Date: August 8, 2025<br>Proposed Hearing Date: September 19, 2025 |
|---|---|

| | |
|---|---|
| LISA TSERING, ARIEL GILLIGAN, LOGAN MITCHELL, MARC RUSSO, and DILARA USKUP, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNITE, INC.,<br><br>Defendant. | Case No. 2:25-CV-04874-MWC-SSC<br><br>Judge: Hon. Michelle Williams Court |

Pursuant to Civil Local Rule 7-1, Plaintiffs Edward Lewis, Gladys Solis, and Patricia Castillo (the "*Lewis* Plaintiffs"), Plaintiffs Lisa Tsering, Ariel Gilligan, Logan Mitchell, Marc Russo, and Dilara Uskup (the "*Tsering* Plaintiffs"), and Defendant Magnite, Inc., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 3, 2025, the *Tsering* Plaintiffs filed a Motion to Consolidate Cases and Appoint Interim Class Counsel (ECF 27); and

WHEREAS, Counsel for the *Lewis* Plaintiffs will be traveling on August 8, 2025, the date set for hearing on said Motion, and thus is unable to attend said hearing; and

WHEREAS, the *Lewis* Plaintiffs intend to file a cross-motion to appoint lead class counsel by July 25, 2025;

WHEREAS, the first available hearing date for the *Lewis* Plaintiffs' cross-motion to appoint lead counsel is September 5, 2025;

WHEREAS, the Court had set a Scheduling Conference for September 5, 2025;

WHEREAS, Tina Wolfson of Ahdoot & Wolfson, PC, Counsel for the *Tsering* Plaintiffs is not available on September 5 or September 12, 2025 due to a vacation set prior to the Court scheduling the September 5 Scheduling Conference;

WHEREAS, the next available date on the Court's calendar is September 19, 2025;

WHEREAS, Philip L. Fraietta of Bursor & Fisher, P.A., is not able to appear in person on September 19, 2025 due to a pre-existing childcare conflict, and seeks the Court's permission to appear remotely on that date.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that:

1. The hearing on the *Tsering* Plaintiffs' Motion to Consolidate Cases and Appoint Interim Class Counsel shall be continued to September 19, 2025, at a time convenient for the Court;

2. The Scheduling Conference currently set for September 5, 2025, shall be continued to September 19, 2025 or a date thereafter, at a time convenient for the Court;

3. The Rule 26(f) Report shall be due 2 weeks before the Scheduling Conference;

4. Philip L. Fraietta of Bursor & Fisher, P.A., may appear remotely at the September 19, 2025 proceedings.

Dated: July 23, 2025          **PERKINS COIE LLP**

By: */s/ Nicola C. Menaldo*
     Nicola C. Menaldo
     NMenaldo@perkinscoie.com

Attorney for Defendant
MAGNITE, INC.

- 4 -
STIPULATION TO CONTINUE HEARING ON MOTION TO CONSOLIDATE CASES AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL, CASE NO. 2:25-CV-03448-MWC-SSC

Dated: July 23, 2025

**LOEVY & LOEVY**

By: */s/ Thomas M. Hanson*
    Thomas M. Hanson
    hanson@loevy.com

Attorney for the *Lewis* Plaintiffs


**AHDOOT & WOLFSON, PC**
Tina Wolfson (SBN 174806)
Theodore W. Maya (SBN 223242)
Alyssa Brown (SBN 301313)
2600 West Olive Ave., Suite 500
Burbank CA 91505
Phone: (310) 474-9111
Email: twolfson@ahdootwolfson.com
       tmaya@ahdootwolfson.com
       abrown@ahdootwolfson.com

Attorneys for the *Tsering* Plaintiffs


Dated: July 23, 2025

**BURSOR & FISHER**

By: */s/ Philip L. Fraietta*
    Philip L. Fraietta
    pfraietta@bursor.com

Attorney for the *Tsering* Plaintiffs

### FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Thomas M. Hanson, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: July 23, 2025

> Respectfully submitted,
> **LOEVY & LOEVY**
>
> By: */s/ Thomas M. Hanson*
>   Thomas M. Hanson
>   hanson@loevy.com
>
> Attorney for the *Lewis* Plaintiffs