Thomas M. Hanson, Bar No. 184465
hanson@loevy.com
David B. Owens, Bar No. 275030
david@loevy.com
Jon Loevy, *pro hac vice*
jon@loevy.com
Mike Kanovitz, *pro hac vice*
mike@loevy.com
Julia Quinn, *pro hac vice*
jquinn@loevy.com
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)

*Attorneys for Plaintiffs and Interim Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD LEWIS, et al., individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNITE, INC.,<br><br>Defendant. | Case No. 2:25-cv-03448-MWC-SSC<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date: July 24, 2026<br>Time: 1:30 P.M.<br>Courtroom: 6A<br>Judge: Hon. Michelle Williams Court<br><br>**FILED UNDER SEAL** |

## NOTICE OF MOTION

**TO THE HONORABLE COURT AND ALL PARTIES**

Please take notice that on July 24, 2026 at 1:30 P.M., or as soon thereafter as this matter may be heard, in the above-entitled Court located at 350 W. 1st Street, Ste. 4311, Los Angeles, CA 90012-4565, pursuant to Federal Rule of Civil Procedure 23, Plaintiffs will and hereby do move this Court for certification of the following class:

> All persons in the United States whose personal information, communications, or private information, or data derived from their personal information, communications, or private information, was used to create a profile and/or made available for sale or use through Defendant's platform, distributed or sold in the process of delivering advertising on websites, mobile applications, or other digital media, or otherwise.

Plaintiffs also seek certification of the following Subclass:

> All California residents whose personal information, communications, or private information, or data derived from their personal information, communications, or private information, was used to create a profile and/or made available for sale or use through Defendant's platform, distributed or sold in the process of delivering advertising on websites, mobile applications, or other digital media, or otherwise.

Plaintiffs also seek the appointment of Edward Lewis as the class representative and that Jon Loevy, Mike Kanovitz, Thomas M. Hanson, David B. Owens and Julia Quinn of the Loevy & Loevy law firm be appointed as Class Counsel.This Motion is based on this Notice of Motion and Motion; the accompanying declarations of Thomas M. Hanson, Ian Mercado, and Edward Lewis, as well as the pleadings and papers filed in this action and such further argument and matters as may be offered at the time of the hearing on this Motion. This motion is made following multiple conferences between counsel wherein counsel for Defendant Magnite has indicated that it will oppose class certification.

Dated: April 29, 2026

Respectfully submitted,

/s/ Thomas M. Hanson

Thomas M. Hanson
(hanson@loevy.com)
Mike Kanovitz (mike@loevy.com)
Jon Loevy (jon@loevy.com)
David B. Owens (david@loevy.com)
Julia Quinn (jquinn@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)
*Counsel for Plaintiff*