# EXHIBIT 16

# CNN Terms of Use

**MOBILE APPS/WEBSITE TERMS OF USE**

**Welcome to CNN!**

FIRST, AN IMPORTANT MESSAGE: PLEASE READ THESE TERMS OF USE ("Terms", "Terms of Use", or "Agreement") CAREFULLY BEFORE USING THIS SITE, AS THEY AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS, INCLUDING, BUT NOT LIMITED TO, WAIVERS OF RIGHTS, LIMITATION OF LIABILITY, AND YOUR INDEMNITY TO US. **THIS AGREEMENT REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES, RATHER THAN COURTS OR JURY TRIALS, AND LIMITS THE REMEDIES AVAILABLE IN THE EVENT OF A DISPUTE.**

**1. About These Terms.**

These Terms of Use describe the terms and conditions that govern your use of the current and future online and mobile websites, platforms, services, applications, and networks owned or operated by Cable News Network, Inc. ("CNN"), including without limitation, CNN.com, HLNtv.com, CNNI.com (edition.cnn.com) and cnnespanol.com, and/or for which CNN currently or in the future provides services and/or technology (the "Site" or "Sites"). You accept and agree to be bound by these Terms of Use when you use any of the Sites, without limitation, when you view or access content or videos on any of the Sites. The Sites are designed for and targeted to adults. They are intended solely and exclusively for individuals who are at least 18 years of age or older. In order to use and access the features and services provided by the Sites you must be 18 years of age or older (or whatever the applicable age of majority (legal adulthood) is where you are located). If you are not an adult, please stop and discontinue your use of the Sites.

(A) Governing Terms. These Terms of Use, along with any additional terms and conditions that are referenced herein or that are presented elsewhere on the Site in relation to a specific service or feature and the CNN Privacy Policy, set forth the terms and conditions that apply to your use of the Site. By using the Site, you agree to comply with all of the terms and conditions hereof. If you do not agree to these Terms of Use, you should not access or use the Site.

(B) Changes to Terms of Use. CNN may modify the Terms of Use, or any part thereof, or add or remove terms at any time, and such modifications, additions or deletions will be effective immediately upon posting. Your use of the Site after such posting shall be deemed to constitute acceptance by you of such modifications,

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

targeted to adults. They are intended solely and exclusively for individuals who are at least 18 years of age or older. In order to use and access the features and services provided by the Sites you must be 18 years of age or older (or whatever the applicable age of majority (legal adulthood) is where you are located). If you are not an adult, please stop and discontinue your use of the Sites.

(A) Governing Terms. These Terms of Use, along with any additional terms and conditions that are referenced herein or that are presented elsewhere on the Site in relation to a specific service or feature and the CNN Privacy Policy, set forth the terms and conditions that apply to your use of the Site. By using the Site, you agree to comply with all of the terms and conditions hereof. If you do not agree to these Terms of Use, you should not access or use the Site.

(B) Changes to Terms of Use. CNN may modify the Terms of Use, or any part thereof, or add or remove terms at any time, and such modifications, additions or deletions will be effective immediately upon posting. Your use of the Site after such posting shall be deemed to constitute acceptance by you of such modifications, additions or deletions.

(C) Changes to Site. CNN may regularly update or make changes to or discontinue any aspect, service or feature of the Site at any time, including, but not limited to, the structure, design, or layout of the Site, content, hours of availability, equipment, compatible devices and software needed for access or use.

(D) Registration. You may be given the opportunity to register via an online registration form to create a user account ("Your Account") that may allow you to receive information from CNN and/or to participate in certain features on the Site such as certain Interactive Areas (as defined below). CNN will use the information you provide in accordance with the CNN Privacy Policy. By registering you represent and warrant that all information that you provide to create Your Account is current, complete and accurate to the best of your knowledge. You agree to maintain and promptly update Your Account information on the Site so that it remains current, complete and accurate. During the registration process, you may be required to choose a password and/or username. You acknowledge and agree that CNN may rely on this password or username to identify you. You are solely responsible for protecting the confidentiality of your username(s) or password(s), if any. In addition, you are responsible for all use of Your Account, regardless of whether you authorized such access or use, and for ensuring that all use of Your Account complies fully with the provisions of these Terms of Use.

(E) System and Compatibility Requirements. To use the Site, you will need to use a computer, mobile device, streaming media player or other device that meets the Sites' system and compatibility requirements (which we may update from time to time). In addition, features and functionalities that we make available through the Site may differ by device. Please check the requirements periodically, as we may change or cease support of any hardware or software platforms at any time. You are responsible for obtaining and maintaining all connectivity, computer software, hardware and other equipment needed for access to and use of the Site and all charges related to the same.

**2. User Content and Conduct; Community Guidelines.**

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

Site may differ by device. Please check the requirements periodically, as we may change or cease support of any hardware or software platforms at any time. You are responsible for obtaining and maintaining all connectivity, computer software, hardware and other equipment needed for access to and use of the Site and all charges related to the same.

**2. User Content and Conduct; Community Guidelines.**

The following terms apply to content submitted by users, and user conduct, on the Site's Interactive Areas:

(A) Interactive Areas. The Site may contain comments sections, discussion forums, or other interactive features, CNN's user-generated news community ("Interactive Areas") in which you may post or upload user-generated content, comments, video, photos, messages, other materials or items (collectively, "User Content"). You are solely responsible for your use of any Interactive Areas and you use them at your own risk. By submitting User Content to an Interactive Area, you represent that you are 18. Employees of Cable News Network, Inc. may not submit User Content without permission from their supervisors.

(B) Community Guidelines. By submitting any User Content or participating in an Interactive Area within or in connection with the Site, you agree to abide by the following rules of conduct:

• You agree not to upload, post or otherwise transmit any User Content that:

• violates or infringes in any way upon the rights of others, including any statements which may defame, harass, stalk or threaten others.

• you know to be false, misleading or inaccurate.

• contains blatant expressions of bigotry, racism, racially or ethnically offensive content, hate speech, abusiveness, vulgarity or profanity.

• contains or advocates pornography or sexually explicit content, pedophilia, incest, bestiality, or that is otherwise obscene or lewd.

• violates any law or advocates or provides instruction on dangerous, illegal, or predatory acts, or discusses illegal activities with the intent to commit them.

• advocates violent behavior.

• poses a reasonable threat to personal or public safety.

• contains violent images of killing or physical abuse that appear to have been captured solely, or principally, for exploitive, prurient, or gratuitous purposes.

• is protected by copyright, trademark, trade secret, right of publicity or other proprietary right without the express permission of the owner of such copyright

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

• advocates violent behavior.

• poses a reasonable threat to personal or public safety.

• contains violent images of killing or physical abuse that appear to have been captured solely, or principally, for exploitive, prurient, or gratuitous purposes.

• is protected by copyright, trademark, trade secret, right of publicity or other proprietary right without the express permission of the owner of such copyright, trademark, trade secret, right of publicity or other proprietary right. The burden of determining that any User Content is not protected by copyright, trademark, trade secret, right of publicity or other proprietary right rests with you. You shall be solely liable for any damage resulting from any infringement of copyrights, trademarks, trade secrets, rights of publicity or other proprietary rights or any other harm resulting from such a submission. Any person determined by CNN, in its sole discretion, to have violated the intellectual property or other rights of others shall be barred from submitting or posting any further material on the Site.

• does not generally pertain to the designated topic or theme of any Interactive Area.

• contains any unsolicited or unauthorized advertising or promotional materials with respect to products or services, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation.

• You agree not to engage in activity that would constitute a criminal offense or give rise to a civil liability.

• You agree that if necessary, you have the consent of each and every identifiable natural person in any submission to use such person's name or likeness in the manner contemplated by the Site.

• You agree that any person who appears in your submission who is a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society is not entitled to compensation by CNN.

• You agree not to impersonate any person or entity, including, but not limited to, CNN or any CNN employee, or falsely state or otherwise misrepresent your affiliation with any person or entity.

• Any views represented in your comments are your own, and you agree not to accept any compensation, services, or anything of value in exchange for posting User Content; or to post comments on behalf of other persons, government organizations, companies, special interest groups, marketing agencies, or other interests.

• You agree not to represent or suggest, directly or indirectly, CNN's endorsement of User Content.

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

• Any views represented in your comments are your own, and you agree not to accept any compensation, services, or anything of value in exchange for posting User Content; or to post comments on behalf of other persons, government organizations, companies, special interest groups, marketing agencies, or other interests.

• You agree not to represent or suggest, directly or indirectly, CNN's endorsement of User Content.

• You agree not to interfere with any other user's right to privacy, including by harvesting or collecting personally-identifiable information about the Site users or posting private information about a third party.

• You agree not to upload, post or otherwise transmit any User Content, software or other materials which contain a virus or other harmful or disruptive component.

• You agree not to interfere with or disrupt the Site or the servers or networks connected to the Site, or disobey any requirements, procedures, policies or regulations of networks connected to the Site.

• You agree not to reproduce, duplicate, copy, sell, resell or exploit for any commercial purpose, any portion of the Site, use the Site, or access to the Site.

• You agree not to use any service, technology or automated system to artificially inflate the page views that your User Content receives. This includes pay-per-click services, web "robots" and any other current or future technologies including Artificial Intelligence. You also agree not to direct any third party to use these services, technologies or automated systems on your behalf.

• You agree not to use any technology, service or automated system, including Artificial Intelligence, to post more User Content than an individual could upload in a given period of time. You also agree not to direct any third party to use these services, technologies or automated systems on your behalf.

Any conduct that in CNN's sole discretion restricts or inhibits anyone else from using or enjoying the Site will not be permitted. CNN reserves the right in its sole discretion to remove or edit User Content by you and to terminate Your Account for any reason.

CNN does not vouch for the accuracy or credibility of any User Content and does not take any responsibility or assume any liability for any actions you may take as a result of reading User Content posted on the Site. Through your use of Interactive Areas, you may be exposed to content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with underage persons, people acting under false pretense, international trade issues and foreign nationals. By using Interactive Areas, you assume all associated risks.

(C) Monitoring. CNN shall have the right, but not the obligation, to monitor User Content posted or uploaded to the Site to determine compliance with these Terms of Use and any operating rules established by CNN and to satisfy any law, regulation or authorized government request. Although CNN has no obligation to monitor, screen, edit or remove any of the User Content posted or uploaded to the Site, CNN reserves the right, and has absolute discretion, to screen, edit, refuse to post or

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

harmful, inaccurate or deceptive. There may also be risks of dealing with underage persons, people acting under false pretense, international trade issues and foreign nationals. By using Interactive Areas, you assume all associated risks.

(C) Monitoring. CNN shall have the right, but not the obligation, to monitor User Content posted or uploaded to the Site to determine compliance with these Terms of Use and any operating rules established by CNN and to satisfy any law, regulation or authorized government request. Although CNN has no obligation to monitor, screen, edit or remove any of the User Content posted or uploaded to the Site, CNN reserves the right, and has absolute discretion, to screen, edit, refuse to post or remove without notice any User Content posted or uploaded to the Site at any time and for any reason, and you are solely responsible for creating backup copies of and replacing any User Content posted to the Site at your sole cost and expense. In addition, CNN may share personally identifiable information in response to a law enforcement agency's request, or where we believe it is necessary, or as otherwise required or permitted by law. See CNN Privacy Policy.

The decision by CNN to monitor and/or modify User Content does not constitute nor shall it be deemed to constitute any responsibility or liability in any manner on the part of CNN in connection with or arising from use by you of Interactive Areas on the Site.

(D) License to User Content. By submitting User Content to the Site, you automatically grant CNN and its parent company, Warner Bros. Discovery, Inc., the royalty-free, perpetual, irrevocable, non-exclusive right and license, but not the obligation, to use, publish, reproduce, modify, adapt, edit, translate, create derivative works from, incorporate into other works, distribute, sub-license and otherwise exploit such User Content (in whole or in part) worldwide in any form, media or technology now known or hereafter developed for the full term of any copyright that may exist in such User Content, without payment to you or to any third parties. You represent and warrant to CNN that you have the full legal right, power and authority to grant to CNN the license provided for herein, that you own or control the complete exhibition and other rights to the User Content you submitted for the purposes contemplated in this license and that neither the User Content nor the exercise of the rights granted herein shall violate these Terms of Use, or infringe upon any rights, including the right of privacy or right of publicity, constitute a libel or slander against, or violate any common law or any other right of, or cause injury to, any person or entity. You further grant CNN the right, but not the obligation, to pursue at law any person or entity that violates your or CNN's rights in the User Content by a breach of these Terms of Use.

(E) Moral Rights. If it is determined that you retain moral rights (including rights of attribution or integrity) in the User Content, you hereby declare that (a) you do not require that any personally identifying information be used in connection with the User Content, or any derivative works of or upgrades or updates thereto; (b) you have no objection to the publication, use, modification, deletion and exploitation of the User Content by CNN or its licensees, successors and assigns; (c) you forever waive and agree not to claim or assert any entitlement to any and all moral rights of an author in any of the User Content; and (d) you forever release CNN, and its licensees, successors and assigns, from any claims that you could otherwise assert against CNN by virtue of any such moral rights. You also permit any other user to access, view, store or reproduce the User Content for that user's personal use.

(F) No Obligation. User Content submitted by you will be considered non-confidential and CNN is under no obligation to treat such User Content as proprietary information except pursuant to the CNN Privacy Policy. Without limiting the foregoing, CNN reserves the right to use any User Content as it deems appropriate

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

waive and agree not to claim or assert any entitlement to any and all moral rights of an author in any of the User Content; and (d) you forever release CNN, and its licensees, successors and assigns, from any claims that you could otherwise assert against CNN by virtue of any such moral rights. You also permit any other user to access, view, store or reproduce the User Content for that user's personal use.

(F) No Obligation. User Content submitted by you will be considered non-confidential and CNN is under no obligation to treat such User Content as proprietary information except pursuant to the CNN Privacy Policy. Without limiting the foregoing, CNN reserves the right to use any User Content as it deems appropriate, including, without limitation, deleting, editing, modifying, rejecting, or refusing to post it. CNN is under no obligation to edit, delete or otherwise modify User Content once it has been submitted to CNN. CNN shall have no duty to attribute authorship of User Content to you, and shall not be obligated to enforce any form of attribution by third parties.

**3. Copyright Ownership.**

The Site contains copyrighted material, trademarks and other proprietary information, including, but not limited to, text, software, photos, video, graphics, music and sound, and the entire contents of the Site are copyrighted as a collective work under the United States copyright laws. CNN owns copyright in the selection, coordination, arrangement and enhancement of such content, as well as in the content original to it. You may not modify, publish, transmit, participate in the transfer or sale, create derivative works, or in any way exploit, any of the content, in whole or in part. You may download copyrighted material for your personal use only. Except as otherwise expressly permitted under copyright law, no copying, redistribution, retransmission, publication or commercial exploitation of downloaded material will be permitted without the express permission of CNN and the copyright owner. In the event of any permitted copying, redistribution or publication of copyrighted material, no changes in or deletion of author attribution, trademark legend or copyright notice shall be made. You acknowledge that you do not acquire any ownership rights by downloading copyrighted material.

**4. Third Party Content.**

CNN is a distributor (and not a publisher or creator) of content supplied by third parties and users. Any opinions, advice, statements, services, offers, or other information or content expressed or made available by third parties, including information providers or users of the Site, are those of the respective author(s) or distributor(s) and not of CNN. Neither CNN nor any third-party provider of information guarantees the accuracy, completeness, or usefulness of any content, nor its merchantability or fitness for any particular purpose. (Refer to Section 6 below for the complete provisions governing limitation of liabilities and disclaimers of warranty.)

In many instances, the content available through the Site represents the opinions and judgments of the respective user or information provider not under contract with CNN. CNN neither endorses nor is responsible for the accuracy or reliability of any opinion, advice or statement made on the Site by any third party. Under no circumstances will CNN be responsible or liable, directly or indirectly, for any loss or damage caused by your use or reliance on information obtained through the

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

merchantability or fitness for any particular purpose. (Refer to Section 6 below for the complete provisions governing limitation of liabilities and disclaimers of warranty.)

In many instances, the content available through the Site represents the opinions and judgments of the respective user or information provider not under contract with CNN. CNN neither endorses nor is responsible for the accuracy or reliability of any opinion, advice or statement made on the Site by any third party. Under no circumstances will CNN be responsible or liable, directly or indirectly, for any loss or damage caused by your use or reliance on information obtained through the Site. CNN is not responsible for any actions or inaction on your part based on the information that is presented on the Site. It is your responsibility to evaluate the accuracy, completeness or usefulness of any information, opinion, advice or other content available through the Site. Please seek the advice of professionals, as appropriate, regarding the evaluation of any specific information, opinion, advice or other content.

**5. Advertisements and Promotions.**

CNN may run advertisements and promotions from third parties on the Site. Your business dealings or correspondence with, or participation in promotions of, advertisers other than CNN, and any terms, conditions, warranties or representations associated with such dealings, are solely between you and such third party. If you engage in any transaction with an advertiser featured on the Site, including providing that advertiser with any personal information, you agree that we are not responsible for such transaction or provision of personal information and you further agree that CNN is not responsible or liable for any loss or damage of any sort incurred as the result of any such dealings or as the result of the presence of third-party advertisers on the Site.

**6. Subscription Terms.**

These Subscription Terms set forth in this Section govern your use and access to subscription content on the CNN Site (the "Subscription Content"). You must reside within one of the fifty (50) states of the United States of America ("**U.S.**") in order to access Subscription Content on the CNN Site

To access Subscription Content, you must have an Account, and you must have an active subscription plan (a "**Subscription**") with a valid payment method (a "**Payment Method**").

(A) Purchasing a Subscription. You may purchase your Subscription either (a) directly through us or (b) through a third party (e.g., an app store or your internet, mobile or TV provider) that has been authorized to provide Subscriptions to the CNN Site (each, a "**Third Party Provider**"). As used in these Terms, the term "**Subscription Provider**" refers to us and each Third Party Provider, individually and collectively.

(i) Purchasing a Subscription Directly Through Us. You may purchase a Subscription directly through us. We or our third-party payment processor (the "**Payment Service**") will process your Payment Method. After your original Subscription ends, it will automatically renew at the then-current rates unless you cancel before the renewal. Renewal charges will be applied to the Payment Method associated with Your Account. By providing us with a Payment Method, you expressly

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

mobile or TV provider) that has been authorized to provide Subscriptions to the CNN Site (each, a "**Third Party Provider**"). As used in these Terms, the term "**Subscription Provider**" refers to us and each Third Party Provider, individually and collectively.

(i) Purchasing a Subscription Directly Through Us. You may purchase a Subscription directly through us. We or our third-party payment processor (the "**Payment Service**") will process your Payment Method. After your original Subscription ends, it will automatically renew at the then-current rates unless you cancel before the renewal. Renewal charges will be applied to the Payment Method associated with Your Account. By providing us with a Payment Method, you expressly acknowledge and agree that we or the Payment Service are authorized to periodically charge the applicable Subscription fee together with any applicable taxes and service fees (collectively, the "**Subscription Fee**") on a recurring basis until you duly cancel your Subscription. We and/or our Payment Service will attempt to verify the Payment Method you provide, and may do this by processing an authorization hold, which is a standard practice. If your Payment Method expires and you do not either update your Payment Method or duly cancel your Subscription before it automatically renews, you authorize us and/or our Payment Service to continue billing, and you will remain responsible for any uncollected amounts. If a valid Payment Method is not available when a payment becomes due, we may restrict, suspend or cancel your Subscription due to lack of payment.

(ii) Purchasing a Subscription through a Third Party Provider. If you purchase a Subscription through a Third Party Provider, the Third Party Provider will process your Payment Method and give you further details on how to sign in or create Your Account, which may require you to leave the Third Party Provider platform to confirm your information with us. If you have questions about payments through your Third Party Provider, please contact your Third Party Provider directly.

(B) Ongoing Subscription and Billing Cycle. By purchasing a Subscription with a Subscription Provider and providing the Subscription Provider with a Payment Method, you agree to pay the Subscription Provider a Subscription Fee. The Subscription Fee will be billed at the time you establish your Subscription and on an ongoing basis at the intervals specified when you complete your Subscription purchase unless you cancel your Subscription prior to your Subscription renewal. Please note that the length of your billing cycle will vary based upon the Subscription plan you choose when you subscribe. The timing of your billing may change in the event of a problem with your Payment Method (e.g., an expired credit card), in the event you change your Subscription plan or where you start your Subscription on a day not contained in a subsequent month. If you subscribe through us, you can go to the "Subscription" section in your settings to see your next billing date. If you subscribe through a Third Party Provider, contact your Third Party Provider to see your next billing date.

**(C) Subscription Price Changes**

Your Subscription Provider may change the amount of your Subscription Fee for any Subscription plan at any time and will communicate price changes to you in accordance with applicable law. Your continuation of your subscription to the service after such notice has been delivered to you will constitute your acceptance of such price changes, unless you cancel your Subscription in accordance with these Subscription Terms.

(D) No Refunds. UNLESS REQUIRED BY APPLICABLE LAW, SUBSCRIPTION FEES ARE NON-REFUNDABLE. WE DO NOT PROVIDE REFUNDS, CREDIT, OR PRORATED

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

Your Subscription Provider may change the amount of your Subscription Fee for any Subscription plan at any time and will communicate price changes to you in accordance with applicable law. Your continuation of your subscription to the service after such notice has been delivered to you will constitute your acceptance of such price changes, unless you cancel your Subscription in accordance with these Subscription Terms.

(D) No Refunds. UNLESS REQUIRED BY APPLICABLE LAW, SUBSCRIPTION FEES ARE NON-REFUNDABLE. WE DO NOT PROVIDE REFUNDS, CREDIT, OR PRORATED BILLING FOR CANCELLED SUBSCRIPTIONS. Even if you cancel your Subscription before the end of your current billing period, as applicable, you will not receive a refund for any portion of the Subscription Fees for the remainder of that billing period. If you cancel, you will continue to have access to the Subscription Content until the end of the then-current billing period. A Subscription Provider may choose to offer refunds, discounts or other consideration as a discretionary accommodation. However, each circumstance is unique and a Subscription Provider's election to make such an offer in one instance does not create the obligation to do so in another

(E) Your right to cancel. YOU CAN CANCEL YOUR SUBSCRIPTION AT ANY TIME AND YOU WILL CONTINUE TO HAVE ACCESS TO THE SUBSCRIPTION CONTENT THROUGH THE END OF THE THEN-CURRENT BILLING PERIOD (I.E. THE SUBSCRIPTION PERIOD THAT YOU HAVE ALREADY PAID FOR). YOU MUST CANCEL YOUR SUBSCRIPTION BEFORE IT RENEWS IN ORDER TO AVOID BEING CHARGED FOR THE NEXT CYCLE'S SUBSCRIPTION FEE. IF YOU PURCHASED YOUR SUBSCRIPTION DIRECTLY THROUGH US, YOU MAY CANCEL YOUR SUBSCRIPTION AT ANY TIME THROUGH YOUR ACCOUNT SETTINGS BY CLICKING "MANAGE SUBSCRIPTION". IF YOU PURCHASED YOUR SUBSCRIPTION THROUGH A THIRD PARTY PROVIDER, YOU WILL NEED TO CANCEL YOUR SUBSCRIPTION DIRECTLY WITH THAT THIRD PARTY PROVIDER. You acknowledge and agree that, to the extent not prohibited by applicable law, cancellation of your Subscription is your sole recourse if you have any dissatisfaction, issue or concern related to your Subscription, including the Subscription Content, Subscription Fees, applicable taxes, or billing methods; the Subscription Terms or any changes thereto; or any other policies or practices that apply to the Subscription.

(F) Changing Your Account Information. Should you wish to change the information associated with Your Account, you may do so within your Settings when logged into Your Account. If you created an account with a Third Party Provider in order to access the Subscription Content, you can manage your account information directly with that Third Party Provider.

(G) Multiple Billing Options and Plan Switching. You may be offered multiple Subscription plans to access Subscription Content. The pricing and offers for Subscriptions may vary by Subscription Provider and may change over time without notice (except as may be required by applicable law). Each Subscription plan may offer different Subscription Content availability, functionality, features, device compatibility or have certain conditions or limitations, which will be disclosed during your sign-up or in other materials available on the Site. Subject to availability with your Subscription Provider, you may be able to change your Subscription from one plan to another. Additional terms applicable to the switching of a Subscription plan (such as the applicable charges and changes to billing dates) will be provided by your Subscription Provider. (H) Updating Your Payment Method.

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

Subscriptions may vary by Subscription Provider and may change over time without notice (except as may be required by applicable law). Each Subscription plan may offer different Subscription Content availability, functionality, features, device compatibility or have certain conditions or limitations, which will be disclosed during your sign-up or in other materials available on the Site. Subject to availability with your Subscription Provider, you may be able to change your Subscription from one plan to another. Additional terms applicable to the switching of a Subscription plan (such as the applicable charges and changes to billing dates) will be provided by your Subscription Provider. (H) Updating Your Payment Method.

Each Subscription Provider may utilize a Payment Service to process your Payment Method. Depending on the Payment Method, the relevant issuer may charge you certain taxes and fees, such as fees per transaction or other fees related to the processing or attempting to process of your Payment Method. You will be solely responsible for any such taxes and charges that may apply. If you purchased your Subscription directly through us, you may update your Payment Method at any time by accessing Your Account and clicking “Edit” in the “Subscriptions” section of your Settings. If your Subscription is with a Third Party Provider, where available, you may update your Payment Method by accessing your account with that Third Party Provider. A change in your Payment Method may result in changes to your prior billing cycle. It is your responsibility to update and maintain the Payment Method associated with your Subscription.

(H) Unpaid Amounts. You are responsible for all charges incurred in connection with your Subscription. In the event your Payment Method on file with us fails to cover the Subscription Fee, we may suspend your access to the Subscription Content until you update your Payment Method and pay your Subscription Fee. You may also lose the benefit of any Promotional Offer (as defined below) in the event your Payment Method on file with us fails to cover the Subscription Fee. If your subscription is with a Third Party Provider, and you have unpaid amounts, your Third Party Provider may take action based on the terms of your Subscription with that Third Party Provider.

Your Subscription Provider may retry or permit the Payment Service to retry billing your Payment Method after failed attempts (e.g., if your Payment Method is rejected). Your Subscription Provider also may pursue or permit the Payment Service or another third party to pursue any amounts you fail to pay in connection with your Subscription. Except as specified in Section 13, you will remain liable for all costs and expenses charged in connection with such billing activity, , such as bank overdraft and processing fees, and all costs and expenses incurred to collect these unpaid amounts, such as collection agency fees, reasonable attorney’s fees and arbitration costs.

(I) Free Trials and Promotional Offers. From time to time, Subscription Providers may make certain Subscription plans on the Site available to you on a free trial basis for a limited time (each, a “**Trial Subscription**”). The duration of each Trial Subscription will be specified at sign-up (**“Free Trial Period”**). Trial Subscriptions are limited to new subscribers, unless otherwise specified. Your status as a new subscriber will be determined by your Subscription Provider.

At the time of signing up for a Trial Subscription, you must provide a valid Payment Method in order to access the Subscription Content during the Free Trial Period. Your Payment Method will not be charged during the Free Trial Period.

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

for a limited time (each, a "**Trial Subscription**"). The duration of each Trial Subscription will be specified at sign-up (**"Free Trial Period"**). Trial Subscriptions are limited to new subscribers, unless otherwise specified. Your status as a new subscriber will be determined by your Subscription Provider.

At the time of signing up for a Trial Subscription, you must provide a valid Payment Method in order to access the Subscription Content during the Free Trial Period. Your Payment Method will not be charged during the Free Trial Period.

You agree not to register multiple times for the same Trial Subscription using multiple names, addresses, email addresses or other means. Any such action shall constitute a violation of these Terms and may result in the termination of your Subscription.

UNLESS YOU TIMELY CANCEL YOUR TRIAL SUBSCRIPTION BEFORE THE END OF YOUR FREE TRIAL PERIOD, YOUR TRIAL SUBSCRIPTION WILL CONVERT TO A PAID SUBSCRIPTION AT THE END OF YOUR FREE TRIAL PERIOD, THE APPLICABLE SUBSCRIPTION FEE WILL BE CHARGED TO YOUR PAYMENT METHOD, AND YOUR SUBSCRIPTION WILL AUTOMATICALLY RENEW ON A RECURRING BASIS AT THE THEN-CURRENT RATE UNLESS AND UNTIL YOU DULY CANCEL. You will not be notified that your Free Trial Period is about to end unless such notice is required by applicable law. In addition, from time to time, Subscription Providers may make certain Subscription plans available to you on a discounted basis or in conjunction with a promotion (each, a "**Promotional Offer**"). The period of time when the discounted or promotional pricing is in effect is referred to as the **"Promotional Period"**. You must provide a valid Payment Method in order to access the Subscription Content during the Promotional Period. Promotional Offers may take a variety of forms and may be available on a standalone basis or provided as part of a bundle with other products or services. Promotional Offers cannot be combined.

In the event of a new/subsequent Promotional Offer after you sign-up for a Subscription, no refunds, adjustments or price protection will be applied to your Subscription Fee. Customers may take advantage of any "new customer" promotion only once. Requirements for a special promotion will be stated at the time each offer is presented.

You agree not to register multiple times for the same Promotional Offer using multiple names, addresses, email addresses or other means. Any such action shall constitute a violation of these Terms and may result in the termination of your Subscription.

Each Subscription Provider will determine the terms of the Promotional Offer, including eligibility, in its sole discretion, and reserves the right to limit the availability of, end or revoke a Promotional Offer in accordance with the terms of the published Promotional Offer terms.

UNLESS YOU TIMELY CANCEL YOUR SUBSCRIPTION BEFORE THE END OF YOUR PROMOTIONAL PERIOD, YOUR SUBSCRIPTION WILL CONVERT TO A FULL-PRICE SUBSCRIPTION AT THE END OF YOUR PROMOTIONAL PERIOD, THE APPLICABLE SUBSCRIPTION FEE WILL BE CHARGED TO YOUR PAYMENT METHOD, AND YOUR SUBSCRIPTION WILL AUTOMATICALLY RENEW ON A RECURRING BASIS AT THE THEN-CURRENT RATE UNLESS AND UNTIL YOU DULY CANCEL. You will not be notified that your Promotional Period is about to end unless such notice is required by applicable law.

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

UNLESS YOU TIMELY CANCEL YOUR SUBSCRIPTION BEFORE THE END OF YOUR PROMOTIONAL PERIOD, YOUR SUBSCRIPTION WILL CONVERT TO A FULL-PRICE SUBSCRIPTION AT THE END OF YOUR PROMOTIONAL PERIOD, THE APPLICABLE SUBSCRIPTION FEE WILL BE CHARGED TO YOUR PAYMENT METHOD, AND YOUR SUBSCRIPTION WILL AUTOMATICALLY RENEW ON A RECURRING BASIS AT THE THEN-CURRENT RATE UNLESS AND UNTIL YOU DULY CANCEL. You will not be notified that your Promotional Period is about to end unless such notice is required by applicable law.

(J) Customer Service. For Customer Service inquiries related to your Subscription (including Subscription Fee and Payment Method), purchased directly through us or the Subscription Content available through the CNN Site, please visit our Help Center. If you are unable to resolve your question using the Help Center, please contact CNN Customer Support at help@cnn.com.

For Customer Support matters related to your Subscription billed through a Third Party Provider (including Subscription Fee and Payment Method) or other matters relating to billing through your Third Party Provider, please contact your Third Party Provider directly.

If you have reason to believe that Your Account credentials have been compromised or misappropriated in some way, you are encouraged to contact us immediately at CNN Customer Support at help@cnn.com.

(K) Suspension and Termination. Any Subscription Provider may suspend or terminate your Subscription immediately for any reason or for no reason whatsoever, including if it is reasonably determined that you have provided inaccurate account or payment details or you are otherwise in violation of these Terms. In addition to the foregoing, Subscription Providers can modify access or disable features of the Subscription Content where it is concluded in their respective discretion that there has been misuse of Your Account. If a suspension or termination occurs, you must stop accessing the Subscription Content. If a Subscription Provider suspends or terminates your Subscription and/or access to all or any part of the Site, you agree not to create another Account or try to access the Subscription Content without permission and such Subscription Providers reserves the right to block any such attempted access to the Subscription Content.

**7. Disclaimer of Warranty; Limitation of Liability and Time Limitation for Claims.**

(A) YOU EXPRESSLY AGREE THAT USE OF THE SITE IS AT YOUR SOLE RISK.
NEITHER CNN, ITS PRESENT OR FUTURE PARENT(S), SUBSIDIARIES, OR RELATED ENTITIES (COLLECTIVELY, “WBD”), NOR ANY OF THEIR RESPECTIVE EMPLOYEES, AGENTS, THIRD PARTY CONTENT PROVIDERS OR LICENSORS WARRANT THAT THE SITE WILL BE UNINTERRUPTED OR ERROR FREE; NOR DO THEY MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM USE OF THE SITE, OR AS TO THE ACCURACY, RELIABILITY OR CONTENT OF ANY INFORMATION, SERVICE, OR MERCHANDISE PROVIDED THROUGH THE SITE.

(B) THE SITE, INCLUDING, WITHOUT LIMITATION, ANY DOWNLOADABLE SOFTWARE, IS PROVIDED ON AN “AS IS” BASIS WITHOUT WARRANTIES OF ANY KIND,

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

AGENTS, THIRD PARTY CONTENT PROVIDERS OR LICENSORS WARRANT THAT THE SITE WILL BE UNINTERRUPTED OR ERROR FREE; NOR DO THEY MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM USE OF THE SITE, OR AS TO THE ACCURACY, RELIABILITY OR CONTENT OF ANY INFORMATION, SERVICE, OR MERCHANDISE PROVIDED THROUGH THE SITE.

(B) THE SITE, INCLUDING, WITHOUT LIMITATION, ANY DOWNLOADABLE SOFTWARE, IS PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, WARRANTIES OF TITLE OR IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, OTHER THAN THOSE WARRANTIES WHICH ARE IMPLIED BY AND INCAPABLE OF EXCLUSION, RESTRICTION OR MODIFICATION UNDER THE LAWS APPLICABLE TO THESE TERMS OF USE.

(C) THE SITE MAY OFFER HEALTH, FITNESS, NUTRITIONAL AND OTHER SUCH INFORMATION, BUT SUCH INFORMATION IS DESIGNED FOR EDUCATIONAL AND INFORMATIONAL PURPOSES ONLY. THE INFORMATION CONTAINED ON THE SITE DOES NOT AND IS NOT INTENDED TO CONVEY MEDICAL ADVICE AND DOES NOT CONSTITUTE THE PRACTICE OF MEDICINE. YOU SHOULD NOT RELY ON THIS INFORMATION AS A SUBSTITUTE FOR, NOR DOES IT REPLACE, PROFESSIONAL MEDICAL ADVICE, DIAGNOSIS, OR TREATMENT. CNN IS NOT RESPONSIBLE FOR ANY ACTIONS OR INACTION ON A USER'S PART BASED ON THE INFORMATION THAT IS PRESENTED IN THE SITE.

(D) TO THE FULLEST EXTENT PERMISSIBLE BY APPLICABLE LAW, IN NO EVENT SHALL WBD, BE LIABLE TO YOU FOR (i) ANY PERSONAL INJURY, PROPERTY DAMAGE, LOST PROFITS, COST OF SUBSTITUTE GOODS OR SERVICES, LOSS OF DATA, LOSS OF GOODWILL, WORK STOPPAGE, COMPUTER AND/OR DEVICE OR TECHNOLOGY FAILURE OR MALFUNCTION, (ii) ANY FORM OF INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES, OR (iii) ANY DIRECT DAMAGES IN EXCESS OF (IN THE AGGREGATE) OF ONE HUNDRED DOLLARS ($100). BASED ON ANY CAUSES OF ACTION ARISING OUT OF USE OF THE SITE OR ANY ALLEGED FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DELETION, DEFECT, OR DELAY IN SERVICE, OPERATION, OR TRANSMISSION OF THE SITES, OR ANY ALLEGED COMPUTER VIRUS, COMMUNICATION LINE FAILURE, THEFT OR DESTRUCTION OF PROPERTY, AND/OR UNAUTHORIZED ACCESS TO, ALTERATION OF, OR USE OF OR POSTING OF ANY RECORD, CONTENT, OR TECHNOLOGY, PERTAINING TO OR ON THE SITES. YOU AGREE THAT THIS LIMITATION OF LIABILITY APPLIES WHETHER SUCH ALLEGATIONS ARE FOR BREACH OF CONTRACT, TORTIOUS BEHAVIOR, NEGLIGENCE, OR FALL UNDER ANY OTHER CAUSE OF ACTION, REGARDLESS OF THE BASIS UPON WHICH LIABILITY IS CLAIMED AND EVEN IF WBD HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, YOU ALSO SPECIFICALLY ACKNOWLEDGE THAT WBD IS NOT LIABLE FOR ANY ACTUAL OR ALLEGED DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF OTHER USERS OF THE SITES OR ANY OTHER THIRD PARTIES.

IF APPLICABLE LAW DOES NOT ALLOW ALL OR ANY PART OF THE ABOVE LIMITATION OF LIABILITY TO APPLY TO YOU, THE LIMITATIONS WILL APPLY TO YOU ONLY TO THE EXTENT PERMITTED BY APPLICABLE LAW. THIS LIMITATION OF LIABILITY PROVISION APPLIES TO NEW JERSEY RESIDENTS.

(E) CNN DISCLAIMS ANY AND ALL LIABILITY OF ANY KIND FOR ANY UNAUTHORIZED ACCESS TO OR USE OF YOUR PERSONALLY IDENTIFIABLE INFORMATION. BY

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

LIABLE FOR ANY ACTUAL OR ALLEGED DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF OTHER USERS OF THE SITES OR ANY OTHER THIRD PARTIES.

IF APPLICABLE LAW DOES NOT ALLOW ALL OR ANY PART OF THE ABOVE LIMITATION OF LIABILITY TO APPLY TO YOU, THE LIMITATIONS WILL APPLY TO YOU ONLY TO THE EXTENT PERMITTED BY APPLICABLE LAW. THIS LIMITATION OF LIABILITY PROVISION APPLIES TO NEW JERSEY RESIDENTS.

(E) CNN DISCLAIMS ANY AND ALL LIABILITY OF ANY KIND FOR ANY UNAUTHORIZED ACCESS TO OR USE OF YOUR PERSONALLY IDENTIFIABLE INFORMATION. BY ACCESSING THE SITE, YOU ACKNOWLEDGE AND AGREE TO CNN'S DISCLAIMER OF ANY SUCH LIABILITY. IF YOU DO NOT AGREE, YOU SHOULD NOT ACCESS OR USE THE SITE.

(F) SUBJECT TO SECTION 12, TO THE EXTENT PERMITTED BY APPLICABLE LAW, ANY DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF OR RELATING IN ANY WAY TO THE SERVICE OR YOUR USE OF THE SERVICE AND/OR SITE, THESE TERMS OF USE, OR THE RELATIONSHIP BETWEEN US, MUST BE COMMENCED WITHIN ONE YEAR OF THE RELEVANT EVENTS. A DISPUTE IS COMMENCED IF IT IS FILED IN AN ARBITRATION OR, IF THE DISPUTE IS NON-ARBITRABLE, A COURT WITH JURISDICTION, DURING THE ONE-YEAR PERIOD. IF YOU OR WE PROVIDE NOTICE OF A DISPUTE UNDER SECTION 12(2), THE ONE-YEAR PERIOD IS TOLLED FOR 60 DAYS FOLLOWING RECEIPT OF THE NOTICE OF DISPUTE (ALTHOUGH FOR THE SAKE OF CLARITY IT MAY BE FURTHER EXTENDED IF YOUR DISPUTE, CLAIM, OR CONTROVERSY IS PART OF A MASS FILING AS CONTEMPLATED IN SECTION 12(9)). YOU AND WE EACH WAIVE—THAT IS, GIVE UP—THE RIGHT TO PURSUE ANY DISPUTE, CLAIM OR CONTROVERSY THAT IS NOT FILED WITHIN ONE YEAR AND ANY RIGHT YOU OR WE MAY HAVE HAD TO PURSUE THAT DISPUTE, CLAIM OR CONTROVERSY IN ANY FORUM IS PERMANENTLY BARRED.

**8. Indemnification.**

You agree to defend, indemnify and hold harmless CNN, its affiliates and their respective directors, officers, employees and agents from and against all claims and expenses, including attorneys' fees, arising out of the use of the Site by you or your Account. CNN reserves the right to take over the exclusive defense of any claim for which we are entitled to indemnification under this Section. In such event, you shall provide CNN with such cooperation as is reasonably requested by CNN.

**9. Termination.**

CNN may terminate or suspend these Terms of Use at any time without notice to you. Without limiting the foregoing, CNN shall have the right to immediately terminate Your Account in the event of any conduct by you which CNN, in its sole discretion, considers to be unacceptable, or in the event of any breach by you of these Terms of Use. The provisions of Sections 1 - 15 shall survive termination of these Terms of Use.

**10. Trademarks.**

CNN, its parent, subsidiaries and affiliates, own all rights to their logos and trademarks used in connection with the Site. All other logos and trademarks appearing

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

terminate Your Account in the event of any conduct by you which CNN, in its sole discretion, considers to be unacceptable, or in the event of any breach by you of these Terms of Use. The provisions of Sections 1 - 15 shall survive termination of these Terms of Use.

**10. Trademarks.**

CNN, its parent, subsidiaries and affiliates, own all rights to their logos and trademarks used in connection with the Site. All other logos and trademarks appearing on the Site are the property of their respective owners.

**11. Governing Law and Venue.**

The content, data, video, and all other material and features on the Site are presented for the purpose of providing entertainment, news and/or information and/or promoting programs, films, music, games, and other products and/or services that are or may become available in the United States, its territories, possessions, and protectorates.

Any and all disputes, claims and controversies arising out of or in connection with your access to, and/or use of the Sites, and/or the provision of content, services, and/or technology on or through the Sites shall be governed by and construed exclusively in accordance with the laws and decisions of the State of New York applicable to contracts made, entered into and performed entirely therein, without giving effect to its conflict of laws provisions, except to the extent that law is inconsistent with or preempted by federal law. Any dispute that is not subject to arbitration under Section 12 (Dispute Resolution) of this Agreement, or any issues involving arbitrability or enforcement of provisions under Section 12, shall be brought in the appropriate state or federal court located in New York County, New York; and we both irrevocably consent to the exclusive jurisdiction and venue of the state or federal courts in New York County, New York for the adjudication of all non-arbitral claims.

**12. Severability.**

Except as specified in Section 12 (Dispute Resolution), if any provision of this Agreement shall be unlawful, void, or for any reason unenforceable, then that provision shall be deemed severable for this Agreement and shall not affect the validity and enforceability of any remaining provisions. This is the entire agreement between the parties relating to the matters contained herein.

**13. Dispute Resolution.**

We endeavor to resolve customer concerns as quickly as possible. Please contact CNN at cnn.com/feedback.

**In the unlikely event that you're not satisfied with customer service's solution, and you and CNN are unable to resolve a dispute through the Informal**

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

**13. Dispute Resolution.**

We endeavor to resolve customer concerns as quickly as possible. Please contact CNN at cnn.com/feedback.

**In the unlikely event that you're not satisfied with customer service's solution, and you and CNN are unable to resolve a dispute through the Informal Dispute Resolution Procedures below, we each agree to resolve the dispute through binding arbitration or small claims court instead of in courts of general jurisdiction.**

Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Unless expressly limited by this arbitration provision, arbitrators can award the same damages and relief that a court can award. **Any arbitration under this Agreement will take place on an individual basis; class arbitrations and class actions are not permitted.** In arbitration you may be entitled to recover attorneys' fees from us to the same extent as you would be in court.

**ARBITRATION AGREEMENT**

(1) **Claims Subject to Arbitration**: To the fullest extent permitted by applicable law, CNN and you agree to arbitrate **all disputes and claims** between us, except for claims arising from bodily injury or that pertain to enforcing, protecting, or the validity of your or our intellectual property rights (or the intellectual property rights of any of our licensors, affiliates and partners). This Arbitration Agreement is intended to be broadly interpreted. It includes, but is not limited to:

• claims arising out of or relating to any aspect of the relationship between us, whether based in contract, tort, fraud, misrepresentation or any other statutory or common-law legal theory;

• claims that arose before this or any prior Agreement (including, but not limited to, claims relating to advertising);

• claims for mental or emotional distress or injury not arising out of physical bodily injury;

• claims that are currently the subject of purported class action litigation in which you are not a member of a certified class; and

• claims that may arise after the termination of this Agreement.

References to "CNN," "you," "we" and "us" in this Arbitration Agreement include our respective predecessors in interest, successors, and assigns, as well as our respective past, present, and future parents, subsidiaries and affiliates (including Warner Bros. Discovery, Inc. and its affiliates); those entities and our respective agents, employees, licensees, licensors, and providers of content as of the time your or our claim arises; and all authorized or unauthorized users or beneficiaries of

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

• claims that may arise after the termination of this Agreement.

References to "CNN," "you," "we" and "us" in this Arbitration Agreement include our respective predecessors in interest, successors, and assigns, as well as our respective past, present, and future parents, subsidiaries and affiliates (including Warner Bros. Discovery, Inc. and its affiliates); those entities and our respective agents, employees, licensees, licensors, and providers of content as of the time your or our claim arises; and all authorized or unauthorized users or beneficiaries of Services under this or prior Agreements between us. Notwithstanding the foregoing, either party may elect to have claims heard in small claims court seeking only individualized relief, so long as the action is not removed or appealed to a court of general jurisdiction. This Arbitration Agreement does not preclude you from bringing issues to the attention of federal, state, or local agencies. **You agree that, by entering into this Agreement, you and we are each waiving the right to participate in a class action and to a trial by jury to the fullest extent permitted by applicable law.** This Agreement evidences a transaction in interstate commerce, and thus the Federal Arbitration Act (9 U.S.C. §§ 1-16) governs the interpretation and enforcement of this arbitration provision. This Arbitration Agreement shall survive termination of this Agreement.

2) **Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures**: You and we agree that good-faith, informal efforts to resolve disputes often can result in a prompt, cost-effective and mutually beneficial outcome. Therefore, a party who intends to initiate arbitration or file a claim in small claims court must first send to the other a written Notice of Dispute ("**Notice**"). A Notice from you to CNN must be emailed to notice@wbd.com ("**Notice Address**").
Any Notice must include (i) the claimant's name, address, and email address; (ii) a description of the nature and basis of the claim or dispute; (iii) if you are submitting the Notice, any relevant facts regarding your use of the Sites, including whether you have created an account with or receive any newsletters associated with any of the Sites; (iv) a description of the nature and basis of the specific relief sought, including the damages sought, if any, and a detailed calculation for them; and (v) a personally signed statement from the claimant (and not their counsel) verifying the accuracy of the contents of the Notice. The Notice must be individualized, meaning it can concern only your dispute and no other person's dispute.

After receipt of a completed Notice, the parties shall engage in a good faith effort to resolve the dispute for a period of 60 days (which can be extended by agreement). You and we agree that, after receipt of the completed Notice, the recipient may request an individualized telephone or video settlement conference (which can be held after the 60-day period) and both parties will personally attend (with counsel, if represented). You and we agree that the parties (and counsel, if represented) shall work cooperatively to schedule the conference at the earliest mutually-convenient time and to seek to reach a resolution. If we and you do not reach an agreement to resolve the issues identified in the Notice within 60 days after the completed Notice is received (or a longer time if agreed to by the parties), you or we may commence an arbitration proceeding or a small claims court proceeding (if permitted by small claims court rules).

Compliance with this Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures section is a condition precedent to initiating arbitration. Any applicable limitations period (including statute of limitations) and any filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

reach an agreement to resolve the issues identified in the Notice within 60 days after the completed Notice is received (or a longer time if agreed to by the parties), you or we may commence an arbitration proceeding or a small claims court proceeding (if permitted by small claims court rules).

Compliance with this Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures section is a condition precedent to initiating arbitration. Any applicable limitations period (including statute of limitations) and any filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution procedures set forth in this Subsection 12.2. All of the Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures are essential so that you and CNN have a meaningful opportunity to resolve disputes informally. If any aspect of these requirements has not been met, a court of competent jurisdiction may enjoin the filing or prosecution of an arbitration. In addition, unless prohibited by law, the arbitration administrator may not accept, administer, assess, or demand fees in connection with an arbitration that has been initiated without completion of the Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures. If the arbitration is already pending, it shall be administratively closed. Nothing in this paragraph limits the right of a party to seek damages for non-compliance with these Procedures in arbitration.

(3) **Arbitration Procedure:** The arbitration will be governed by applicable rules of National Arbitration & Mediation ("NAM") (including the Comprehensive Dispute Resolution Rules and Procedures and/or the Supplemental Rules for Mass Arbitration Filings, as applicable) ("NAM Rules")), as modified by this Arbitration Agreement, and will be administered by NAM. (If NAM is unavailable or unwilling to do so, another arbitration provider shall be selected by the parties that will do so, or if the parties are unable to agree on an alternative administrator, by the court pursuant to 9 U.S.C. §5.) The NAM Rules are available online at www.namadr.com, by calling NAM at 1-800-358-2550, or by requesting them in writing at the Notice Address. You may obtain a form to initiate arbitration at: https://www.namadr.com/content/uploads/2020/09/Comprehensive-Demand-for-Arb-revised-9.18.19.pdf or by contacting NAM.

You and we agree that the party initiating arbitration must submit a certification that they have complied with and completed the Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures requirements referenced in Section 12.2 and that they are a party to the Arbitration Agreement enclosed with or attached to the demand for arbitration. The demand for arbitration and certification must be personally signed by the party initiating arbitration (and their counsel, if represented).

All issues are for the arbitrator to decide, except as otherwise expressly provided herein and except as to issues relating to the scope and enforceability of the Arbitration Agreement or whether a dispute can or must be brought in arbitration (including whether a dispute is subject to this Arbitration Agreement or a previous arbitration provision between you and CNN), which are for a court of competent jurisdiction to decide. The arbitrator may consider but shall not be bound by rulings in other arbitrations involving different customers.

Unless we and you agree otherwise, or the applicable NAM Rules dictate otherwise, any arbitration hearings will take place in the county (or parish) of your billing address and you and a CNN representative will be required to attend in person. At the conclusion of the arbitration proceeding, the arbitrator shall issue a reasoned

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

arbitration provision between you and CNN), which are for a court of competent jurisdiction to decide. The arbitrator may consider but shall not be bound by rulings in other arbitrations involving different customers.

Unless we and you agree otherwise, or the applicable NAM Rules dictate otherwise, any arbitration hearings will take place in the county (or parish) of your billing address and you and a CNN representative will be required to attend in person. At the conclusion of the arbitration proceeding, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. The arbitrator's decision is binding only between you and CNN and will not have any preclusive effect in another arbitration or proceeding that involves a different party. An arbitrator's award that has been fully satisfied shall not be entered in any court.

As in court, you and CNN agree that any counsel representing a party in arbitration certifies when initiating and proceeding in arbitration that they are complying with the requirements of Federal Rule of Civil Procedure 11(b), including certification that the claim or relief sought is neither frivolous nor brought for an improper purpose.
The arbitrator is authorized to impose any sanctions under the NAM Rules, Federal Rule of Civil Procedure 11, or applicable federal or state law, against all appropriate represented parties and counsel.

Except as expressly provided in the Arbitration Agreement, the arbitrator may grant any remedy, relief, or outcome that the parties could have received in court, including awards of attorneys' fees and costs, in accordance with applicable law. Unless otherwise provided by applicable law, the parties shall bear their own attorneys' fees and costs in arbitration unless the arbitrator awards sanctions or finds that either the substance of the claim, the defense, or the relief sought is frivolous or brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)).

(4) **Arbitration Fees**: The payment of arbitration fees (the fees imposed by the arbitration administrator including filing, arbitrator, and hearing fees) will be governed by the applicable NAM Rules, unless you qualify for a fee waiver under applicable law. If after exhausting any potentially available fee waivers, the arbitrator finds that the arbitration fees will be prohibitive for you as compared to litigation, we will pay as much of your filing, arbitrator, and hearing fees in the arbitration as the arbitrator deems necessary to prevent the arbitration from being cost-prohibitive, regardless of the outcome of the arbitration, unless the arbitrator determines that your claim(s) were frivolous or brought for an improper purpose or asserted in bad faith. You and we agree that arbitration should be cost-effective for all parties and that any party may engage with NAM to address the reduction or deferral of fees.

(5) **Confidentiality**: Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal to the furthest extent permitted by law.

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

that any party may engage with NAM to address the reduction or deferral of fees.

(5) **Confidentiality**: Upon either party's request, the arbitrator will issue an order requiring that confidential information of either party disclosed during the arbitration (whether in documents or orally) may not be used or disclosed except in connection with the arbitration or a proceeding to enforce the arbitration award and that any permitted court filing of confidential information must be done under seal to the furthest extent permitted by law.

(6) **Offer of Settlement**: In any arbitration between you and CNN, the defending party may, but is not obligated to, make a written settlement offer at any time before the evidentiary hearing or, if a dispositive motion is permitted, prior to the dispositive motion being granted. The amount or terms of any settlement offer may not be disclosed to the arbitrator until after the arbitrator issues an award on the claim. If the award is issued in the other party's favor and is less than the defending party's settlement offer or if the award is in the defending party's favor, the other party must pay the defending party's costs incurred after the offer was made, including any attorney's fees. If any applicable statute or case law prohibits the shifting of costs incurred in the arbitration, then the offer in this provision shall serve to cease the accumulation of any costs to which the party bringing the claim may be entitled for the cause of action under which it is suing.

(7) **Requirement of Individualized Relief**: The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. **TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YOU AND WE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR OUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE, OR PRIVATE ATTORNEY GENERAL PROCEEDING**. Further, unless both you and we agree otherwise, the arbitrator may not consolidate more than one person's claims and may not otherwise preside over any form of a representative, class, or private attorney general proceeding. If, after exhaustion of all appeals, any of these prohibitions on non-individualized declaratory or injunctive relief; class, representative, and private attorney general claims; and consolidation are found to be unenforceable with respect to a particular claim or with respect to a particular request for relief (such as a request for injunctive relief sought with respect to a particular claim), then the parties agree such a claim or request for relief shall be decided by a court of competent jurisdiction, after all other arbitrable claims and requests for relief are arbitrated. You agree that any arbitrations between you and CNN will be subject to this Section 12 and not to any prior arbitration agreement you had with CNN, and, notwithstanding any provision in this Agreement to the contrary, you agree that this Section 12 amends any prior arbitration agreement you had with CNN, including with respect to claims that arose before this or any prior arbitration agreement.

(8) **Opt Out of Future Changes**: Notwithstanding any provision to the contrary, if CNN makes any future change to this Arbitration Agreement (other than a change to the Notice Address), you may reject any such change by sending CNN an email to notice@wbd.com within 30 days of the posting of the amended arbitration agreement that provides: (i) your full legal name, (ii) your complete mailing address, (iii) your phone number, (iv) if applicable, the username or email address associated with any potential account or newsletter; and (v) the approximate date of your initial use of the relevant Site. Such an opt-out email must be sent by you personally, and not by your agent, attorney, or anyone else purporting to act on your behalf. It must include a statement, personally signed by you, that you wish to reject the change to the Arbitration Agreement. This is not an opt out of arbitration altogether.

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

to the Notice Address), you may reject any such change by sending CNN an email to notice@wbd.com within 30 days of the posting of the amended arbitration agreement that provides: (i) your full legal name, (ii) your complete mailing address, (iii) your phone number, (iv) if applicable, the username or email address associated with any potential account or newsletter; and (v) the approximate date of your initial use of the relevant Site. Such an opt-out email must be sent by you personally, and not by your agent, attorney, or anyone else purporting to act on your behalf. It must include a statement, personally signed by you, that you wish to reject the change to the Arbitration Agreement. This is not an opt out of arbitration altogether.

(9) **Mass Filing**:

If, at any time, 25 or more claimants (including you) submit Notices or seek to file demands for arbitration raising similar claims against the other party or related parties by the same or coordinated counsel or entities, consistent with the definition and criteria of Mass Filings ("Mass Filing") set forth in NAM's Mass Filing Supplemental Dispute Resolution Rules and Procedures ("NAM's Mass Filing Rules," available at https://www.namadr.com/resources/rules-fees-forms/), you and we agree that the additional procedures set forth below shall apply. The parties agree that throughout this process, their counsel shall meet and confer to discuss modifications to these procedures based on the particular needs of the Mass Filing. The parties acknowledge and agree that by electing to participate in a Mass Filing, the adjudication of their dispute might be delayed. Any applicable limitations period (including statute of limitations) and any filing fee deadlines shall be tolled beginning when the Mandatory Pre-Arbitration Notice and Informal Dispute Resolution Procedures are initiated, so long as the pre-arbitration Notice complies with the requirements in Section 12.2, until your claim is selected to proceed as part of a staged process or is settled, withdrawn, otherwise resolved, or opted out of arbitration.

**Stage One**: Counsel for the claimants and counsel for CNN shall each select 25 claims per side (50 claims total) to be filed and to proceed in individual arbitrations as part of a staged process. Each of these individual arbitrations shall be assigned to a different, single arbitrator unless the parties agree otherwise in writing. Any remaining claims shall not be filed or be deemed filed in arbitration, nor shall any arbitration fees be assessed in connection with those claims unless and until they are selected to be filed in individual arbitration proceedings as part of a staged process. After this initial set of staged proceedings is completed, the parties shall promptly engage in a global mediation session of all remaining claims with a retired federal or state court judge and CNN shall pay the mediator's fee.

**Stage Two**: If the remaining claims are not resolved at this time, counsel for the claimants and counsel for CNN shall each select 50 claims per side (100 claims total) to be filed and to proceed in individual arbitrations as part of a second staged process, subject to any procedural changes the parties agreed to in writing. Each of these individual arbitrations shall be assigned to a different, single arbitrator unless the parties agree otherwise in writing. Any remaining claims shall not be filed or be deemed filed in arbitration, nor shall any arbitration fees be assessed in connection with those claims unless and until they are selected to be filed in individual arbitration proceedings as part of a staged process. After this second set of staged proceedings is completed, the parties shall promptly engage in a global mediation session of all remaining claims with a retired federal or state court judge and CNN shall pay the mediator's fee.

**Stage Three**: If the remaining claims are not resolved at this time, counsel for the claimants and counsel for CNN shall each select 100 claims per side (200 claims

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

Each of these individual arbitrations shall be assigned to a different, single arbitrator unless the parties agree otherwise in writing. Any remaining claims shall not be filed or be deemed filed in arbitration, nor shall any arbitration fees be assessed in connection with those claims unless and until they are selected to be filed in individual arbitration proceedings as part of a staged process. After this second set of staged proceedings is completed, the parties shall promptly engage in a global mediation session of all remaining claims with a retired federal or state court judge and CNN shall pay the mediator's fee.

**Stage Three**: If the remaining claims are not resolved at this time, counsel for the claimants and counsel for CNN shall each select 100 claims per side (200 claims total) to be filed and to proceed in individual arbitrations as part of a third staged process, subject to any procedural changes the parties agreed to in writing. Any remaining claims shall not be filed or be deemed filed in arbitration, nor shall any arbitration fees be assessed in connection with those claims unless and until they are selected to be filed in individual arbitration proceedings as part of a staged process. Following this third set of staged proceedings, counsel for claimants may elect to have the parties participate in a global mediation session of all remaining claims with a retired federal or state court judge.

If your claim is not resolved as part of the staged process identified above, either:

**Option One:** You and CNN may separately or by agreement, opt out of arbitration and elect to have your claim heard in court consistent with the Agreement. You may opt out of arbitration by providing your individual, personally signed notice of your intention to opt out by sending CNN an email to notice@wbd.com. Such an opt-out email must be sent by you personally, and not by your agent, attorney, or anyone else purporting to act on your behalf. It must include a statement, personally signed by you, that you wish to opt out of arbitration within 30 days after the conclusion of Stage 3 or the elective mediation associated with Stage 3. CNN may opt your claim out of arbitration by sending an individual, personally signed notice of its intention to opt out to your counsel within 14 days after the expiration of your 30 day opt out period. Counsel for the parties may agree to adjust these deadlines.

OR

**Option Two**: If neither you nor CNN elect to have your claim heard in court consistent with Option One, then you agree that your claim will be resolved as part of continuing, staged individual arbitration proceedings as set forth below. Assuming the number of remaining claims exceeds 200, then 200 claims shall be randomly selected (or selected through a process agreed to by counsel for the parties) to be filed and to proceed in individual arbitrations as part of a staged process. If the number of remaining claims is fewer than 200, then all of those claims shall be filed and proceed in individual arbitrations. Any remaining claims shall not be filed or be deemed filed in arbitration, nor shall any arbitration fees be assessed in connection with those claims unless and until they are selected to be filed in individual arbitration proceedings as part of a staged process. After each set of 200 claims are adjudicated, settled, withdrawn, or otherwise resolved, this process shall repeat consistent with these parameters. Counsel for the parties are encouraged to meet and confer, participate in mediation, and engage with each other and with NAM (including through a Procedural Arbitrator) to explore ways to streamline the adjudication of claims, increase the number of claims to proceed at any given time, promote efficiencies, conserve resources, and resolve the remaining claims.

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

be deemed filed in arbitration, nor shall any arbitration fees be assessed in connection with those claims unless and until they are selected to be filed in individual arbitration proceedings as part of a staged process. After each set of 200 claims are adjudicated, settled, withdrawn, or otherwise resolved, this process shall repeat consistent with these parameters. Counsel for the parties are encouraged to meet and confer, participate in mediation, and engage with each other and with NAM (including through a Procedural Arbitrator) to explore ways to streamline the adjudication of claims, increase the number of claims to proceed at any given time, promote efficiencies, conserve resources, and resolve the remaining claims.

A court of competent jurisdiction shall have the authority to enforce these Mass Filing provisions and, if necessary, to enjoin the mass filing, prosecution, or administration of arbitrations and the assessment of arbitration fees. If these additional procedures apply to your claim, and a court of competent jurisdiction determines that they are not enforceable as to your claim, then your claim shall proceed in a court of competent jurisdiction consistent with this Agreement.

You and CNN agree that we each value the integrity and efficiency of arbitration and wish to employ the process for the fair resolution of genuine and sincere disputes between us. You and CNN acknowledge and agree to act in good faith to ensure the processes set forth herein are followed. The parties further agree that application of these Mass Filing procedures have been reasonably designed to result in an efficient and fair adjudication of such cases.

(10) **Severability**: If any portion of this Arbitration Agreement is found to be void, invalid, or otherwise unenforceable, then that portion shall be deemed to be severable and, if possible, superseded by a valid, enforceable provision, or portion thereof, that matches the intent of the original provision, or portion thereof, as closely as possible. The remainder of this Arbitration Agreement shall continue to be enforceable and valid according to the terms contained herein.

**14. CLASS ACTION AND JURY TRIAL WAIVER**

You and CNN agree that, to the fullest extent permitted by law, each party may bring claims (whether in court or in arbitration) against the other only in an individual capacity, and not participate as a plaintiff, claimant, or class member in any class, collective, consolidated, private attorney general, or representative proceeding. This means that you and CNN may not bring a claim on behalf of a class or group and may not bring a claim on behalf of any other person unless doing so as a parent, guardian, or ward of a minor or in another similar capacity for an individual who cannot otherwise bring their own individual claim. This also means that you and CNN may not participate in any class, collective, consolidated, private attorney general, or representative proceeding brought by any third party. Notwithstanding the foregoing, you or CNN may participate in a class-wide settlement.

To the fullest extent permitted by law, you and CNN waive any right to a jury trial.

**15. Miscellaneous.**

These Terms of Use and any operating rules for the Site established by CNN constitute the entire agreement of the parties with respect to the subject matter hereof, and supersede all previous written or oral agreements between the parties with respect to such subject matter. The provisions of these Terms of Use are for the

**Source URL:** https://www.cnn.com/terms0
**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

To the fullest extent permitted by law, you and CNN waive any right to a jury trial.

**15. Miscellaneous.**

These Terms of Use and any operating rules for the Site established by CNN constitute the entire agreement of the parties with respect to the subject matter hereof, and supersede all previous written or oral agreements between the parties with respect to such subject matter. The provisions of these Terms of Use are for the benefit of CNN, its parent, subsidiaries, other affiliates and its third party content providers and licensors and each shall have the right to assert and enforce such provisions directly or on its own behalf. If you access the Site, including its Interactive Areas, from any location other than the United States, you accept full responsibility for compliance with all local laws. You are also subject to United States export controls and are responsible for any violations of United States embargoes or other federal rules and regulations restricting exports. No waiver by either party of any breach or default hereunder shall be deemed to be a waiver of any preceding or subsequent breach or default. If any part of these Terms of Use is found by a court of competent jurisdiction to be invalid or unenforceable, it will be replaced with language reflecting the original purpose in a valid and enforceable manner. The enforceable sections of these Terms of Use will remain binding upon the parties. The section headings used herein are for convenience only and shall not be given any legal import.

Neither CNN nor you shall be liable for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, terrorism, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other common carriers.

**16. Copyrights and Copyright Agent.**

CNN respects the rights of all copyright holders and in this regard, CNN has adopted and implemented a policy that provides for the termination in appropriate circumstances of users and account holders who infringe the rights of copyright holders. If you believe that your work has been copied in a way that constitutes copyright infringement, please provide CNN's Copyright Agent the following information required by the Online Copyright Infringement Liability Limitation Act of the Digital Millennium Copyright Act, 17 U.S.C. 512:

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyright work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

1. A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

2. Identification of the copyright work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

3. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;

4. Information reasonably sufficient to permit us to contact the complaining party;

5. A statement that the complaining party has a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

6. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

For copyright inquiries under the Digital Millennium Copyright Act please contact:

**CNN Collection**

1050 Techwood Drive NW,

Atlanta, GA 30318

**Phone**: +1 (404) 827-3326

**Email**: copyrightagent@turner.com

For web posting, reprint, transcript for CNN material, please contact copyrightagent@turner.com

For any questions or requests other than copyright issues or licensing requests, please contact cnn.com/feedback.

For information about the discontinued CNN+ service, please click here.

These Terms of Use were last updated on May 12, 2025.

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

For web posting, reprint, transcript for CNN material, please contact copyrightagent@turner.com

For any questions or requests other than copyright issues or licensing requests, please contact cnn.com/feedback.

For information about the discontinued CNN+ service, please click here.

These Terms of Use were last updated on May 12, 2025.

Search CNN...

**US**
Crime & Justice
Immigration
Education
Transportation
Race & Identity

**World**
Africa
Americas
Asia
Australia
China
Europe
India
Middle East
United Kingdom

**Politics**
Elections 2026
Trump
Facts First
CNN Polls
Redistricting Tracker
Epstein Files

**Business**
Tech
Media
Calculators
Videos

**Markets**
Pre-markets
After-Hours
Fear & Greed
Investing
Markets Now
Nightcap

**Health**
Life, But Better
Fitness
Food
Sleep
Mindfulness
Relationships

**CNN Underscored**
Electronics
Fashion
Beauty
Health & Fitness
Home
Reviews
Deals
Money
Gifts
Travel
Outdoors
Pets

**Entertainment**
Movies
Television
Celebrity

**Tech**
Innovate

**Style**
Arts
Design
Fashion
Architecture
Luxury

**Travel**
Destinations
Food & Drink
Stay
News
Videos

**Sports**
NFL
NBA
MLB
WNBA
Golf

**Science**
Space
Life
Unearthed

**Climate**
Solutions
Weather

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

Movies
Television
Celebrity

Innovate

Arts
Design
Fashion
Architecture
Luxury
Beauty
Video

Destinations
Food & Drink
Stay
News
Videos

NFL
NBA
MLB
WNBA
Golf
Soccer
Tennis
Motorsport
College Sports
Olympics
Bleacher Report

Space
Life
Unearthed

Solutions
Weather

**Weather**

Video
Climate

**Ukraine-Russia War**

**Israel-Hamas War**

**Watch**

Featured
Shows & Films
Network TV
Clips
CNN Headlines
Shows A-Z
CNN 10
CNN TV Schedule

**Listen**

All There Is with Anderson Cooper
Chasing Life with Dr. Sanjay Gupta
The Assignment with Audie Cornish
Terms of Service with Clare Duffy
CNN 5 Things
All CNN Podcasts

**Games**

Daily Crossword
Jumble Crossword
Photo Shuffle
Sudoblock
Sudoku
5 Things Quiz

**About CNN**

Subscribe
Photos
Investigations
CNN Profiles
CNN Leadership
CNN Newsletters
Work for CNN

---

**CNN World**

Watch Listen | **Subscribe** **Sign In**

**FOLLOW CNN** | **DOWNLOAD THE CNN APP** Download on the App Store GET IT ON Google Play

---

Terms of Use Privacy Policy Do Not Sell Or Share My Personal Information Ad Choices Accessibility & CC About Subscribe Newsletters Transcripts Help Center

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)

FOLLOW CNN

DOWNLOAD THE CNN APP

Download on the App Store

GET IT ON Google Play

Terms of Use Privacy Policy Do Not Sell Or Share My Personal Information Ad Choices Accessibility & CC About Subscribe Newsletters Transcripts Help Center

© 2026 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

**Source URL:** https://www.cnn.com/terms0

**Collection Timestamp:** Mon May 18 2026 18:35:18 GMT+0000 (UTC)