# EXHIBIT 46




**Source URL:** https://www.healthline.com/

**Collection Timestamp:** Fri May 15 2026 21:45:59 GMT+0000 (UTC)