# EXHIBIT 66

# Third party cookie inventory

Microsoft provides the list below of third parties that set cookies on our websites. These third parties include service providers acting on our behalf. On some of our websites, a list of third parties is available directly on the site. The third parties on these sites may not be included in the list on this page.

Microsoft and our third-party partners use cookies to remember your preferences and settings, help you sign in, show you personalized ads, and analyze how well our websites are working. For more information, including updates, about the third party's privacy practices with respect to any of the cookies below, please consult the third party's website or privacy notice.

Social Media cookies

We and third parties use social media cookies to show you ads and content based on your social media profiles and activity on our websites. They're used to connect your activity on our websites to your social media profiles so the ads and content you see on our websites and on social media will better reflect your interests.

| Cookie name | Provider of cookie & privacy link | Description |
|---|---|---|
| _pinterest_ct_ua | www.pinterest.com<br>Privacy link | These cookies allow users to share pictures via Pinterest / the "Pin It" button, and Pinterest can collect statistical information about usage of their service. |
| api_token | twitch.tv<br>Privacy link | This cookie is owned by Twitch.tv, a social media streaming platform company. It enables Twitch clips to be embedded in webpages. |
| c_user | www.facebook.com<br>Privacy link | This cookie is owned by Facebook, which is the world's largest social networking service. As a third party host provider, it mostly collects data on the interests of users via widgets such as the 'Like' button found on many websites. This is used to serve targeted advertising to its users when logged into its services. In 2014 it also started serving up behaviorally targeted advertising on other websites, similar to most dedicated online marketing companies. |
| clid | dstillery.com<br>Privacy link | This cookie is usually set by Dstillery to enable sharing media content to social media. It may also gather information on website visitors when they use social media to share website content from the page visited. |
| datr | www.facebook.com<br>Privacy link | to provide fraud prevention. |
| experiment_overrides | twitch.tv<br>Privacy link | This cookie is owned by Twitch.tv, a social media streaming platform company. It enables Twitch streamers to override Twitch viewer's viewing options. |
| fr | www.facebook.com<br>Privacy link | This cookie is owned by Facebook, which is the world's largest social networking service. As a third party host provider, it mostly collects data on the interests of users via widgets such as the 'Like' button found on many websites. This is used to serve targeted advertising to its users when logged into its services. In 2014 it also started serving up behaviorally targeted advertising on other websites, similar to most dedicated online marketing companies. |
| KP_UIDz-ssn | twitch.tv<br>Privacy link | This cookie is owned by Twitch.tv, a social media streaming platform company. It saves the Twitch 2FA status for up to two days before requiring the user to login again. |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| fr | www.facebook.com<br>Privacy link | This cookie is owned by Facebook, which is the world's largest social networking service. As a third party host provider, it mostly collects data on the interests of users via widgets such as the 'Like' button found on many websites. This is used to serve targeted advertising to its users when logged into its services. In 2014 it also started serving up behaviorally targeted advertising on other websites, similar to most dedicated online marketing companies. |
| KP_UIDz-ssn | twitch.tv<br>Privacy link | This cookie is owned by Twitch.tv, a social media streaming platform company. It saves the Twitch 2FA status for up to two days before requiring the user to login again. |
| pid | twitter.com<br>Privacy link | This cookie lets website visitors use Twitter-related features from within the web page they are visiting. |
| presence | www.facebook.com<br>Privacy link | This cookie is owned by Facebook, which is the world's largest social networking service. As a third party host provider, it mostly collects data on the interests of users via widgets such as the 'Like' button found on many websites. This is used to serve targeted advertising to its users when logged into its services. In 2014 it also started serving up behaviorally targeted advertising on other websites, similar to most dedicated online marketing companies. |
| referrer_url | twitch.tv<br>Privacy link | This cookie is owned by Twitch.tv, a social media streaming platform company. It enables Twitch clips to be embedded in webpages. |
| rud | rfihub.com<br>Privacy link | This cookie is owned by Rocketfuel. The main business activity is: Advertising |
| sb | www.facebook.com<br>Privacy link | This cookie is owned by Facebook, which is the world's largest social networking service. As a third party host provider, it mostly collects data on the interests of users via widgets such as the 'Like' button found on many websites. This is used to serve targeted advertising to its users when logged into its services. In 2014 it also started serving up behaviorally targeted advertising on other websites, similar to most dedicated online marketing companies. |
| server_session_id | twitch.tv<br>Privacy link | This cookie is owned by Twitch.tv, a social media streaming platform company. It registers which Twitch server-cluster is serving the visitor. |
| socialMediaCookie | social27.com<br>Privacy link | This cookie is used by Social27.com, a social and event platform company, to provide their third party services to first party websites. |
| tfw_exp | twitter.com<br>Privacy link | The main business activity is: Social Networking Services. Where twitter acts as a third party host, it collects data through a range of plug-ins and integrations, that is primarily used for tracking and targeting. |
| unique_id | twitch.tv<br>Privacy link | This cookie is owned by Twitch.tv, a social media streaming platform company. It preserves the Twitch user state across web pages. |
| unique_id_durable | twitch.tv<br>Privacy link | This cookie is owned by Twitch.tv, a social media streaming platform company. It preserves the Twitch user state across web pages. |
| VISITOR_INFO1_LIVE | www.youtube.com<br>Privacy link | YouTube is a Google owned platform for hosting and sharing videos. YouTube collects user data through videos embedded in websites, which is aggregated with profile data from other Google services in order to display targeted advertising to web visitors across a |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| | Privacy link | streaming platform company. It preserves the Twitch user state across web pages. |
| VISITOR_INFO1_LIVE | www.youtube.com<br>Privacy link | YouTube is a Google owned platform for hosting and sharing videos. YouTube collects user data through videos embedded in websites, which is aggregated with profile data from other Google services in order to display targeted advertising to web visitors across a broad range of their own and other websites. |
| xs | www.facebook.com<br>Privacy link | This cookie is owned by Facebook, which is the world's largest social networking service. As a third party host provider, it mostly collects data on the interests of users via widgets such as the 'Like' button found on many websites. This is used to serve targeted advertising to its users when logged into its services. In 2014 it also started serving up behaviorally targeted advertising on other websites, similar to most dedicated online marketing companies. |

Analytics cookies

We allow third parties to use analytics cookies to understand how you use our websites so we can make them better and the third parties can develop and improve their products, which they may use on websites that are not owned or operated by Microsoft. For example, they're used to gather information about the pages you visit and how many clicks you need to accomplish a task. These cookies may also be used for advertising purposes.

| Cookie name | Provider of cookie & privacy link | Description |
|---|---|---|
| _cs_s__2422 | clicktale.net<br>Privacy link | This cookie is from Contentsquare (formerly Clicktale) and generally tracks user behavior and provides analytics. |
| _cs_id__2422 | clicktale.net<br>Privacy link | This cookie is from Contentsquare (formerly Clicktale) and generally tracks user behavior and provides analytics. |
| _cs_cvars__2422 | clicktale.net<br>Privacy link | This cookie is from Contentsquare (formerly Clicktale) and generally tracks user behavior and provides analytics. |
| _ga, _ga_* | www.google.com<br>Privacy link | This cookie name is associated with Google Universal Analytics - which is a significant update to Google's more commonly used analytics service. This cookie is used to distinguish unique users by assigning a randomly generated number as a client identifier. It is included in each page request in a site and used to calculate visitor, session and campaign data for the sites analytics reports. By default it is set to expire after 2 years, although this is customizable by website owners. |
| _gat | www.google.com<br>Privacy link | This cookie name is associated with Google Universal Analytics, according to documentation it is used to throttle the request rate - limiting the collection of data on high traffic sites. It expires after 10 minutes. |
| _gid | www.google.com<br>Privacy link | This cookie name is associated with Google Universal Analytics. This appears to be a new cookie and as of Spring 2017 no information is available from Google. It appears to store and update a unique value for each page visited. |
| anon_id | Exponential Interactive | This cookie is provided by tribalfusion.com, owned by Exponential |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a
**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| | Privacy link | Google Universal Analytics. This appears to be a new cookie and as of Spring 2017 no information is available from Google. It appears to store and update a unique value for each page visited. |
| anon_id | Exponential Interactive<br>Privacy link | This cookie is provided by tribalfusion.com, owned by Exponential Interactive dba VDX.tv, and generally collects data on user visits. |
| cookie_icims_iframe_content_height | www.icims.com<br>Privacy link | Enables Javascripts |
| icimsCookiesEnabledCheck | www.icims.com<br>Privacy link | This is a session cookie. It tests for whether cookies are enabled in the user's browser so that we can display a warning/error message indicating impacted functionality (logging in and applying to jobs). The only data it stores is the iCIMStest string. |
| jsEnabled | www.icims.com<br>Privacy link | Enables Javascripts |
| muc_ads | t.co<br>Privacy link | This cookie is from Twitter and comes with their pixel tracking code to provide website analytics. Note that t.co is a Twitter domain. |
| optimizelyBuckets | www.optimizely.com<br>Privacy link | Cookie set by the Optimizely website optimization platform. Used to store the page variants assigned to a user for A/B performance testing, to ensure the user gets a consistent experience. |
| optimizelyEndUserId | www.optimizely.com<br>Privacy link | Cookie set by the Optimizely website optimization platform. This cookie is a unique user identifier. |
| optimizelyPendingLogEvents | www.optimizely.com<br>Privacy link | Cookie set by the Optimizely website optimization platform. Records user activity. |
| optimizelySegments | www.optimizely.com<br>Privacy link | This cookie is set by the Optimizely website optimization platform. It holds audience segmentation information for a visitor. |
| s_cc | www.adobe.com<br>Privacy link | Adobe Site Catalyst cookie, determines whether cookies are enabled in the browser. |
| WT_FPC | www.webtrends.com<br>Privacy link | Cookie set by WebTrends analytics service, used to track and report on visitor behavior on a site for performance improvement. |
| YSC | www.youtube.com<br>Privacy link | This cookie is set by YouTube to track views of embedded videos. YouTube is a Google company. |

Advertising cookies

We and third parties use advertising cookies to show you new ads by recording which ads you've already seen. They're also used to track which ads you click on or purchases you make after clicking on an ad for payment purposes, and to show you ads that are more relevant to you. For example, they're used to detect when you click on an ad and show you ads based on your social media interests and website browsing history.

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

Advertising cookies

We and third parties use advertising cookies to show you new ads by recording which ads you've already seen. They're also used to track which ads you click on or purchases you make after clicking on an ad for payment purposes, and to show you ads that are more relevant to you. For example, they're used to detect when you click on an ad and show you ads based on your social media interests and website browsing history.

| Cookie name | Provider of cookie & privacy link | Description |
|---|---|---|
| _CT_Data | www.clicktale.com Privacy link | The _CT_Data cookie is used to count the number of pageviews or visits of the anonymous visitor for the purpose of enabling the Contentsquare (formerly ClickTale) software to track the number of pageviews or visits a visitor made on website. The main purpose of this cookie is: Targeting/Advertising. Contentsquare (formerly ClickTale) |
| _uis | sonobi.com Privacy link | This cookie is owned by Sonobi, an automated audience buying and selling platform for online advertising. |
| _cc_aud | www.lotame.com Privacy link | This domain is owned by Lotame. The main business activity is: Data Management Platform - Targeting /Advertising |
| _cc_cc | www.lotame.com Privacy link | This domain is owned by Lotame. The main business activity is: Data Management Platform - Targeting /Advertising |
| _cc_dc | www.lotame.com Privacy link | This domain is owned by Lotame. The main business activity is: Data Management Platform - Targeting /Advertising |
| _cc_id | www.lotame.com Privacy link | This domain is owned by Lotame. The main business activity is: Data Management Platform - Targeting /Advertising |
| _gat_* | www.google.com Privacy link | This cookie name is associated with Google Universal Analytics, according to documentation it is used to throttle the request rate - limiting the collection of data on high traffic sites. It expires after 10 minutes. |
| _li_ss | www.liveintent.com Privacy link | This cookie is owned by liadm.com. The company provides a range of marketing and advertising services. |
| _msuuid.* | www.marinsoftware.com Privacy link | This cookie is owned by Marin Software which provides advertising campaign management technology. |
| 33x_ps | www.33across.com Privacy link | This cookie is owned by 33 Across. The main business activity is: Targeted and behavioural advertising services. |
| A3 | www.yahoo.com Privacy link | This cookie is owned by Yahoo. The main business activity is: Search / Advertising |
| ab | agkn.com Privacy link | This cookie is generally provided by Neustar (a TransUnion company) and is used for advertising purposes. |
| acs | dstillery.com Privacy link | This cookie is owned by Media6degrees. The main business activity is: Advertising |
| ad-id | www.amazon.com Privacy link | This cookie is generally provided by amazon-adsystem.com for advertising purposes. |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a
**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| acs | dstillery.com<br>Privacy link | This cookie is owned by Media6degrees. The main business activity is: Advertising |
| ad-id | www.amazon.com<br>Privacy link | This cookie is generally provided by amazon-adsystem.com for advertising purposes. |
| ad-privacy | www.amazon.com<br>Privacy link | This cookie is generally provided by amazon-adsystem.com for advertising purposes. |
| APIDTS | www.aol.com<br>Privacy link | This cookie is owned by Yahoo Advertising. The main business activity is: Advertising |
| apnxs | www.outbrain.com<br>Privacy link | This cookie is owned by Outbrain, which describes itself as a content discovery platform. It provides technology to help distribute content targeted to individuals interests. |
| appnexus | corp.fluct.jp<br>Privacy link | This cookie appears to be owned by Fluct Ltd. a Japanese advertising technology company. |
| ar_debug | doubleclick.net<br>googleadservices.com<br>pinterest.com<br>Privacy link | This cookie is provided by Google and used by third-parties for conversion attribution reporting. |
| ATN | www.facebook.com<br>Privacy link | This domain is owned by Atlas Solutions which is in turn owned by Facebook. Atlas is an online advertising business, targeting users through tracking their web activity. From September 2014 the company re-launched under the ownership of Facebook, promising the ability to reach known users and target adverts based on profiles generated using Facebook's user data. |
| audience | www.spotx.tv<br>Privacy link | Collects anonymous data related to the visitor's web site visits, such as the number of visits, average time spent on the web site and what pages have been loaded, with the purpose of displaying targeted ads. |
| audit | rubiconproject.com<br>Privacy link | This cookie is owned by Magnite Inc, formerly Rubicon Project. The main business activity is: Advertising |
| b | www.yahoo.com<br>Privacy link | Collects anonymous data related to the visitor's website visits, such as the number of visits, average time spent on the website and what pages have been loaded. The registered data is used to categorize the users' interest and demographical profiles with the purpose of customizing the website content depending on the visitor. |
| bdswch | www.outbrain.com<br>Privacy link | Use 3rd party to show targeted ads |
| bito | bidr.co<br>Privacy link | This cookie is generally provided by bidr.io and is used for advertising purposes. |
| bitoIsSecure | www.beeswax.com<br>Privacy link | The Beeswax technology allows our customers to buy ad space on websites, mobile apps, video players, and other devices and allows for the use of proprietary and third party data in the purchase of that ad space. |
| bkpa | www.bluekai.com<br>Privacy link | This cookie is owned by Blue Kai, an Oracle company. The main business activity is: Advertising/Audience Targeting |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a
**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| | Privacy link | other devices and allows for the use of proprietary and third party data in the purchase of that ad space. |
| bkpa | www.bluekai.com<br>Privacy link | This cookie is owned by Blue Kai, an Oracle company. The main business activity is: Advertising/Audience Targeting |
| bku | www.bluekai.com<br>Privacy link | This cookie is generally provided by bluekai.com, an Oracle company, and is used for advertising purposes. |
| c | rubiconproject.com<br>Privacy link | Regulates synchronization of user identification and exchange of user data between various ad services/General marketing/advertising. |
| cb | www.clickagy.com<br>Privacy link | Clickagy is a USA based audience analytics and targeted advertising company. |
| CfP | advertising.com<br>Privacy link | This cookie is owned by Advertising.com (Yahoo). The main business activity is: Advertising |
| CMID | casalemedia.com<br>Privacy link | These cookies are provided by Index Exchange (formerly Casale Media) linked to advertising and tracking the products users were looking at. |
| CMPRO | casalemedia.com<br>Privacy link | These cookies are provided by Index Exchange (formerly Casale Media) linked to advertising and tracking the products users were looking at. |
| CMPS | casalemedia.com<br>Privacy link | These cookies are provided by Index Exchange (formerly Casale Media) linked to advertising and tracking the products users were looking at. |
| CMRUM3 | casalemedia.com<br>Privacy link | These cookies are provided by Index Exchange (formerly Casale Media) linked to advertising and tracking the products users were looking at. |
| CMST | casalemedia.com<br>Privacy link | Collects anonymous data related to the visitor's web site visits, such as the number of visits, average time spent on the web site and what pages have been loaded, with the purpose of displaying targeted ads. |
| COu | connexity.com<br>Privacy link | Registers a unique ID that identifies a returning visitor's device. The ID is used for targeted ads. |
| cref | www.quantcast.com<br>Privacy link | This cookie is owned by Quantcast. The main business activity is: Market and Audience Segmentation, Targeted advertising services |
| cu | www.adelphic.com<br>Privacy link | This cookie is owned by Adelphic, a USA based company engaged in mobile and cross-device programmatic online advertising. |
| d | www.quantcast.com<br>Privacy link | This cookie is owned by Quantcast. The main business activity is: Market and Audience Segmentation, Targeted advertising services |
| demdex | www.adobe.com<br>Privacy link | This cookie helps Adobe Audience Manger perform basic functions such as visitor identification, ID synchronization, segmentation, modeling, reporting, etc. |
| dextp | www.adobe.com<br>Privacy link | This cookie helps Adobe Audience Manger perform basic functions such as visitor identification, ID synchronization, segmentation, modeling, reporting, etc. |
| DNT | twitter.com | This cookie is owned by Twitter. The main business |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| dextp | www.adobe.com<br>Privacy link | This cookie helps Adobe Audience Manger perform basic functions such as visitor identification, ID synchronization, segmentation, modeling, reporting, etc. |
| DNT | twitter.com<br>Privacy link | This cookie is owned by Twitter. The main business activity is: Social Networking Services. Where twitter acts as a third party host, it collects data through a range of plug-ins and integrations, that is primarily used for tracking and targeting. |
| dpm | www.adobe.com/<br>Privacy link | Adobe Audience Manager - data management platform uses this cookie to record information around synchronization of IDs. |
| dspuuid | privacy-portal.smartclip.net<br>Privacy link | Smartclip is a German company specialising in cross-device targeted video advertising. |
| DST | www.adobe.com<br>Privacy link | This cookie is owned by Demdex. The company provides audience management solutions. |
| DW_Time | www.kantar.com<br>Privacy link | This cookie is owned by Insight Express. The main business activity is: Market Research, Data Analytics, Advertising Effectiveness Measurement. |
| EE | www.nielsen.com/us/en<br>Privacy link | This cookie is generally provided by exelator.com and is used for advertising purposes. |
| eud | www.sizmek.com<br>Privacy link | This domain is owned by Rocketfuel. The main business activity is: Advertising |
| euds | www.sizmek.com<br>Privacy link | This domain is owned by Rocketfuel. The main business activity is: Advertising |
| ev_sync_dd | www.adobe.com<br>Privacy link | This domain is owned by Adobe. The main business activity is: Advertising. Used to link anonymous analytics data into a visitor profile and help provide a personalized experience through the website, marketing and advertising. |
| everest_g_v2 | everestthemes.com<br>Privacy link | This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| flashtalkingad1 | flashtalking.com<br>Privacy link | This cookie is owned by Flashtalking, a Mediaocean company. It provides information of how a person uses a website and any ads they may have seen. |
| GLOBALID | bidtellect.com<br>Privacy link | This cookie appears to be owned by Bidtellect. A USA based adtechnology company specialising in native advertising. |
| GPS | www.youtube.com<br>Privacy link | YouTube is a Google owned platform for hosting and sharing videos. YouTube collects user data through videos embedded in websites, which is aggregated with profile data from other Google services in order to display targeted advertising to web visitors across a broad range of their own and other websites. |
| GUC | www.yahoo.com<br>Privacy link | This cookie is owned by Yahoo. The main business activity is: Search / Advertising |
| HMACCOUNT | www.baidu.com<br>Privacy link | User ID cookie for Baidu analytics. |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| GUC | www.yahoo.com<br>Privacy link | This cookie is owned by Yahoo. The main business activity is: Search / Advertising |
| HMACCOUNT | www.baidu.com<br>Privacy link | User ID cookie for Baidu analytics. |
| i | www.openx.com<br>Privacy link | Registers anonymized user data, such as IP address, geographical location, visited websites, and what ads the user has clicked, with the purpose of optimizing ad display based on the visitor's movement on websites that use the same ad network |
| id | www.google.com<br>Privacy link | This cookie is set by DoubleClick (which is owned by Google) to build a profile of the website visitor's interests and show relevant ads on other sites. |
| IDE | www.google.com<br>Privacy link | This cookie is set by DoubleClick (which is owned by Google) to build a profile of the website visitor's interests and show relevant ads on other sites. |
| khaos | rubiconproject.com<br>Privacy link | This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| KRTBCOOKIE_* | pubmatic.com<br>Privacy link | This cookie is owned by Pubmatic. It operates an advertising exchange platform where online publishers can sell targeted advertising space to media buyers using real time bidding. |
| KRTBCOOKIE_218 | pubmatic.com<br>Privacy link | This cookie is owned by Pubmatic. It operates an advertising exchange platform where online publishers can sell targeted advertising space to media buyers using real time bidding. |
| lidid | www.liveintent.com<br>Privacy link | This cookie is owned by liadm.com. The company provides a range of marketing and advertising services. |
| LithiumVisitor | khoros.com<br>Privacy link | This cookie collects and stores data on a per browser basis (with a unique ID per browser), but the data is used only in the aggregate to compile statistics about different types of site / page visits. These statistics are then used to provide a unique visitor report to Lithium customers to track their usage of their community, and for Lithium to track usage for purposes of enforcing usage limits/ charging fees for excess usage. |
| lsid | www.google.com<br>Privacy link | This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| mako_uid | www.eyeota.com<br>Privacy link | This domain is owned by Eyeota, a global company specializing in audience data to enable targeting of advertising based on visitor profiling. |
| matchan | www.roku.com<br>Privacy link | This cookie is owned by Dataxu. The main business activity is: Advertising |
| mc | www.quantcast.com<br>Privacy link | This cookie is usually provided by Quantserve to track anonymous information about how website visitors use the site. |
| mscom | www.adobe.com<br>Privacy link | This cookie is owned by Demdex. The company provides audience management solutions. |
| NID | www.google.com<br>Privacy link | This domain is owned by Google Inc. Although Google is primarily known as a search engine, the company |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a
**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| mscom | www.adobe.com<br>Privacy link | This cookie is owned by Demdex. The company provides audience management solutions. |
| NID | www.google.com<br>Privacy link | This domain is owned by Google Inc. Although Google is primarily known as a search engine, the company provides a diverse range of products and services. Its main source of revenue however is advertising. Google tracks users extensively both through its own products and sites, and the numerous technologies embedded into many millions of websites around the world. It uses the data gathered from most of these services to profile the interests of web users and sell advertising space to organizations based on such interest profiles as well as aligning adverts to the content on the pages where its customer's adverts appear. |
| obuid | www.iponweb.com<br>Privacy link | This cookie is used to hold an anonymous user's ID. IT is used for tracking user actions. |
| opt_out | www.nativo.com<br>Privacy link | This cookie is owned by Nativo. The company provides a range of marketing and advertising services. |
| p2 | www.owneriq.com<br>Privacy link | This cookie is owned by OwnerIQ Inc. a USA based company providing targeted online advertising services. They combine data from multiple sources to enable better targeting of users. |
| pb_rtb_ev | pulsepoint.com<br>Privacy link | This cookie is generally provided by contextweb.com and is used for advertising purposes. |
| personalization_id | twitter.com<br>Privacy link | This domain is owned by Twitter. The main business activity is: Social Networking Services. Where twitter acts as a third party host, it collects data through a range of plug-ins and integrations, that is primarily used for tracking and targeting. |
| PREF | www.google.com<br>Privacy link | This cookie, which may be set by Google or Doubleclick, may be used by advertising partners to build a profile of interests to show relevant ads on other sites. It works by uniquely identifying your browser and device. |
| psyn | privacy-portal.smartclip.net<br>Privacy link | Smartclip is a German company specialising in cross-device targeted video advertising. |
| PUBMDCID | pubmatic.com<br>Privacy link | This cookie is generally provided by pubmatic.com and is used for advertising purposes. |
| PugT | pubmatic.com<br>Privacy link | This cookie is generally provided by pubmatic.com and is used for advertising purposes. |
| pxrc | www.cloudflare.com<br>Privacy link | This cookie is generally provided by rlcdn.com and is used for advertising purposes. |
| r1 | www.serving-sys.com<br>Privacy link | This cookie is owned by Sizmek (formerly DG MediaMind). They provide multi-platform targeted advertising services. |
| rlas3 | www.cloudflare.com<br>Privacy link | This cookie is generally provided by rlcdn.com and is used for advertising purposes. |
| rtn1-z | liveramp.com<br>Privacy link | This cookie is generally provided by rlcdn.com and is used for advertising purposes. |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a
**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| | Privacy link | advertising services. |
| rlas3 | www.cloudflare.com<br>Privacy link | This cookie is generally provided by ricdn.com and is used for advertising purposes. |
| rtn1-z | liveramp.com<br>Privacy link | This cookie is generally provided by ricdn.com and is used for advertising purposes. |
| ruds | rfihub.com<br>Privacy link | This cookie is provided by RocketFuel and is used for advertising purposes. |
| s_fid | www.adobe.com<br>Privacy link | This cookie name is associated with the analytics service provided by Adobe's Site Catalyst product suite. It is a new cookie introduced in 2013 as a 'fallback' visitor identifier where the s_vi cookie normally used for this purpose is blocked. It contains a randomly generated, unique id. |
| s_vi | www.adobe.com<br>Privacy link | Adobe Site Catalyst cookie, used to identify unique visitors, with an ID and timestamp. |
| s_vi_* | www.adobe.com<br>Privacy link | Adobe Site Catalyst cookie, used to identify unique visitors, with an ID and timestamp. |
| sa-user-id<br>sa-user-id-v2<br>sa-user-id-v3 | *.stackadapt.com<br>Privacy link | This cookie is generally provided by StackAdapt and is used for advertising purposes. |
| sambapxid | samba.tv<br>Privacy link | Ad personalization. Used to track the visitor across multiple devices including TV. This is done in order to re-target the visitor through multiple channels. |
| SEUNCY | www.semasio.com<br>Privacy link | This cookie is owned by Semasio, a German business specialising in profiling and behavioral targeting of consumers. |
| si | www.owneriq.com<br>Privacy link | This cookie is owned by OwnerIQ Inc. a USA based company providing targeted online advertising services. They combine data from multiple sources to enable better targeting of users. |
| ssi | www.centro.net<br>Privacy link | This cookie is owned by Sitescout. The main business activity is: Real time advertising platform |
| SSID | www.google.com<br>Privacy link | This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| status | www.nativo.com<br>Privacy link | This cookie is owned by Nativo. The company provides a range of marketing and advertising services. |
| t_gid | www.taboola.com<br>Privacy link | This cookie is provided by taboola.com and is used for advertising purposes. |
| taboola_session_id | www.taboola.com<br>Privacy link | This cookie is provided by taboola.com and is used for advertising purposes. |
| TapAd_DID | www.tapad.com<br>Privacy link | This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| TapAd_TS | www.tapad.com<br>Privacy link | Used to determine what type of device (smartphones, tablets, computers, TVs, etc.) is used by the visitor. |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a
**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| TapAd_DID | www.tapad.com<br>Privacy link | This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| TapAd_TS | www.tapad.com<br>Privacy link | Used to determine what type of device (smartphones, tablets, computers, TVs, etc.) is used by the visitor. |
| TapAd_TTD_SYNC | www.tapad.com<br>Privacy link | This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| TAPID | tealium.com<br>Privacy link | This cookie is owned by Tealium and is used for its audience streaming service which enables targeting and personalisation of content on a domain. |
| tcs.google_cver | tealium.com<br>Privacy link | This cookie is owned by Tealium and is used for its audience streaming service which enables targeting and personalisation of content on a domain. |
| tcs.google_gid | tealium.com<br>Privacy link | This cookie is owned by Tealium and is used for its audience streaming service which enables targeting and personalisation of content on a domain. |
| TDCPM | www.thetradedesk.com<br>Privacy link | This domain is owned by TheTradeDesk. The main business activity is: Ad Serving Platform. This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| TDID | www.thetradedesk.com<br>Privacy link | This domain is owned by TheTradeDesk. The main business activity is: Ad Serving Platform. This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| test_cookie | doubleclick.net<br>Privacy link | This cookie is set by DoubleClick (which is owned by Google) to determine if the website visitor's browser supports cookies. |
| TestIfCookieP | smartadserver.com<br>Privacy link | This cookie is used to make advertising messages more relevant to website visitors. |
| TID | www.kantar.com<br>Privacy link | This cookie is owned by Insight Express. The main business activity is: Market Research, Data Analytics, Advertising Effectiveness Measurement |
| tluid | triplelift.com<br>Privacy link | This cookie is owned by TripleLift, a USA based business providing programmatic native advertising services. |
| tt_viewer | www.teads.com<br>Privacy link | This cookie is owned by Teads, a video advertising marketplace company, specialising in native advertising on video. |
| tuuid | www.bidswitch.com<br>Privacy link | This cookie is mainly set by bidswitch.net to make advertising messages more relevant to the website visitor. |
| tuuid_lu | www.bidswitch.com<br>Privacy link | This cookie is usually provided by bidswitch.net and is used for advertising purposes. |
| ui | www.undertone.com<br>Privacy link | This cookie is owned by Upfront Digital Media. The main business activity is: Online advertising platform |
| uid-bp-.* | freewheel.com<br>Privacy link | This cookie is owned by StickyAdsTV, a French company providing online video advertising services. |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a
**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| ui | www.undertone.com<br>Privacy link | This cookie is owned by Upfront Digital Media. The main business activity is: Online advertising platform |
| uid-bp-.* | freewheel.com<br>Privacy link | This cookie is owned by StickyAdsTV, a French company providing online video advertising services. |
| UIDR | sharethis.com<br>Privacy link | This cookie is set to measure the number and behavior of website visitors coming and going. It helps the website send out surveys to better understand user preferences. |
| umeh | www.improvedigital.com<br>Privacy link | This cookie is owned by Improve Digital, a company based in the Netherlands with offices in various EU locations. Improve Digital is itself majority owned by Swiss-based PubliGroupe. The company provides a technology platform to enable website owners to manage online third party advertising through their websites. |
| v | www.marketo.com<br>Privacy link | Marketo tracking code. Tracks all individuals who visit and run automated marketing campaigns. |
| visitor-id | www.media.net<br>Privacy link | Media.net is a global online advertising technology network. |
| vuid | vimeo.com<br>Privacy link | These cookies are used by the Vimeo video player on websites. |
| wd | www.facebook.com<br>Privacy link | This cookie carries out information about how the end user uses the website and any advertising that the end user may have seen before visiting the said website. |
| wfivefivec | www.w55c.net<br>Privacy link | This cookie is generally provided by w55c.net and is used for advertising purposes by Roku. |
| zc | zeotap.com<br>Privacy link | Personalization<br>We may use cookies to establish a relationship between devices or data pertaining to the same user. If we already have information about a device's user, we may link the information stored in cookies to the device's Ad ID. We call this activity of linking information "mapping." |
| zuid | www.zemanta.com<br>Privacy link | Zemanta is a content suggestion engine for bloggers and other content creators. Zemanta analyzes user-generated content (e.g. a blog post) using natural language processing and semantic search technology to suggest pictures, tags and links to related articles. |

Required cookies

We use required cookies to perform essential website functions. For example, they're used to log you in, save your language preferences, provide a shopping cart experience, improve performance, route traffic between web servers, detect the size of your screen, determine page load times, and for aggregated audience measurement. These cookies are necessary for our websites or features of our websites that you interact with to work.

| Cookie name | Provider of cookie & privacy link | Description |
|---|---|---|
| __cf_bm | www.cloudflare.com<br>Privacy link | The __cf_bm cookie is a cookie necessary to support Cloudflare Bot Management, currently in private beta. As part of our bot management service, this cookie helps manage incoming traffic that matches criteria associated with bots. |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| __cf_bm | www.cloudflare.com<br>Privacy link | The __cf_bm cookie is a cookie necessary to support Cloudflare Bot Management, currently in private beta. As part of our bot management service, this cookie helps manage incoming traffic that matches criteria associated with bots. |
| __cfduid | www.cloudflare.com<br>Privacy link | Cookie associated with sites using CloudFlare, used to speed up page load times. According to CloudFlare it is used to override any security restrictions based on the IP address the visitor is coming from. It does not contain any user identification information. |
| __cfruid | www.cloudflare.com<br>Privacy link | Cookie associated with sites using CloudFlare, used to identify trusted web traffic. |
| _stripe_mid | vfairs.com<br>Privacy link | Cookie associated with sites using CloudFlare, used to identify trusted web traffic. |
| __stripe_sid | vfairs.com<br>Privacy link | Cookie associated with sites using CloudFlare, used to identify trusted web traffic. |
| AWSALBCORS | www.amazon.com<br>Privacy link | This cookie name is associated with the Amazon Web Services Elastic Load Balancing functionality for routing client request on the server. |
| BIGipServer.* | www.f5.com<br>Privacy link | This cookie name is associated with the BIG-IP product suite from company F5. Usually associated with managing sessions on load balanced servers, to ensure user requests are routed consistently to the correct server. The common root is BIGipServer most commonly followed by a domain name, usually the one that it is hosted on, but not always. |
| ci_session | codeigniter.com<br>Privacy link | Cookie normally associated with the CodeIgniter framework for building PHP based applications. Usually used to maintain a user state during a browser session for consistency of user experience. By default the cookie is destroyed when the browser session ends, in which case it can be Strictly Necessary. However, it can optionally be stored in a database and be used for tracking users or other purposes. |
| DW | www.salesforce.com/products/commerce-cloud/overview/<br>Privacy link | Cookie associated with Demandware eCommerce platform when it is a session cookie. Purpose appears to be undocumented but it could be to do with checking whether or not a browser is accepting first party cookies. |
| HumanClickSiteContainerID_* | liveperson.com<br>Privacy link | This cookie name is associated with software provided by LivePerson to enable website owners to engage visitors in live chat. It is reported to be used to identify the account of the site owner. This is a pattern type cookie with a common root of HumanClickSiteContainerID_ followed by a string of numbers. |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| HumanClickSiteContainerID_.* | liveperson.com<br>Privacy link | This cookie name is associated with software provided by LivePerson to enable website owners to engage visitors in live chat. It is reported to be used to identify the account of the site owner. This is a pattern type cookie with a common root of HumanClickSiteContainerID_ followed by a string of numbers. |
| i18next | www.icims.com<br>Privacy link | This is a session cookie. It stores the user's browser language. |
| LPSessionID | www.liveperson.com<br>Privacy link | This cookie is owned by LivePerson. The main business activity is: Online Chat/Customer Data |
| LPVisitorID | www.liveperson.com<br>Privacy link | This cookie is owned by LivePerson. The main business activity is: Online Chat/Customer Data |
| m | stripe.com<br>Privacy link | This cookie is owned by Stripe.com and is used for fraud detection to assess the risk associated with an attempted financial transaction. |
| ndat | www.ninthdecimal.com<br>Privacy link | Personalization |
| PLAY_SESSION | www.vitalsource.com<br>Privacy link | VitalSource service called Intrepid uses this cookie to detect abuse of site or service. |
| PHPSESSID | www.php.net<br>Privacy link | PHP session cookie associated with embedded content from this domain. |
| SERVERID | www.haproxy.com<br>Privacy link | Usually used for load balancing. Identifies the server that delivered the last page to the browser. Associated with the HAProxy Load Balancer software. |
| SID | www.crazyegg.com<br>Privacy link | This is a very common cookie name but where it is found as a session cookie it is likely to be used as for session state management. |
| ts | www.paypal.com<br>Privacy link | This cookie is generally provided by PayPal and supports payment services in the website. |
| VESESSIONID | on24.com<br>Privacy link | General purpose platform session cookie. Used to maintain an anonymous user session by the server. |
| X-Mapping-.* | www.riverbed.com<br>Privacy link | The X-Mapping cookie is associated with the Stingray Traffic Manager platform from Riverbed, which is a load balancing application for high traffic web services and sites. Used to route data and page requests to the correct server where a site is hosted on multiple servers. It has a common root of X-Mapping- followed by an eight letter code. For more information see: https://splash.riverbed.com/docs/DOC-1515. |
| X-Mapping-fjhppofk | www.riverbed.com<br>Privacy link | The X-Mapping cookie is associated with the Stingray Traffic Manager platform from Riverbed, which is a |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

| | | |
|---|---|---|
| | | of X-Mapping- followed by an eight letter code. For more information see: https://splash.riverbed.com/docs/DOC-1515. |
| X-Mapping-fjhppofk | www.riverbed.com<br>Privacy link | The X-Mapping cookie is associated with the Stingray Traffic Manager platform from Riverbed, which is a load balancing application for high traffic web services and sites. Used to route data and page requests to the correct server where a site is hosted on multiple servers. It has a common root of X-Mapping- followed by an eight letter code. For more information see: https://splash.riverbed.com/docs/DOC-1515. |
| X-PP-SILOVER | www.paypal.com<br>Privacy link | This cookie is generally provided by PayPal and supports payment services in the website. |

## Need more help?

How can we help you?

## Want more options?

Discover Community

Explore subscription benefits, browse training courses, learn how to secure your device, and more.

Microsoft 365 subscription benefits

Microsoft 365 training

Microsoft security

Accessibility center

Was this information helpful? Yes No

| What's new | Microsoft Store | Education | Business | Developer & IT | Company |
|---|---|---|---|---|---|
| Surface Pro | Account profile | Microsoft in education | Microsoft AI | Azure | Careers |
| Surface Laptop | Download Center | Devices for education | Microsoft Security | Microsoft Developer | About Microsoft |
| Surface Laptop Studio 2 | Microsoft Store support | Microsoft Teams for Education | Dynamics 365 | Microsoft Learn | Company news |
| Copilot for organizations | Returns | Microsoft 365 Education | Microsoft 365 | Support for AI marketplace apps | Privacy at Microsoft |
| Copilot for personal use | Order tracking | How to buy for your school | Microsoft Power Platform | Microsoft Tech Community | Investors |
| AI in Windows | Certified Refurbished | Educator training and development | Microsoft Teams | Microsoft Marketplace | Diversity and inclusion |
| Explore Microsoft products | Microsoft Store Promise | Deals for students and parents | Microsoft 365 Copilot | Marketplace Rewards | Accessibility |
| Windows 11 apps | Flexible Payments | AI for education | Small Business | Visual Studio | Sustainability |

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)

Surface Laptop Studio 2 | Microsoft Store support | Microsoft Teams for Education | Dynamics 365 | Microsoft Learn | Company news
Copilot for organizations | Returns | Microsoft 365 Education | Microsoft 365 | Support for AI marketplace apps | Privacy at Microsoft
Copilot for personal use | Order tracking | How to buy for your school | Microsoft Power Platform | Microsoft Tech Community | Investors
AI in Windows | Certified Refurbished | Educator training and development | Microsoft Teams | Microsoft Marketplace | Diversity and inclusion
Explore Microsoft products | Microsoft Store Promise | Deals for students and parents | Microsoft 365 Copilot | Marketplace Rewards | Accessibility
Windows 11 apps | Flexible Payments | AI for education | Small Business | Visual Studio | Sustainability

English (United States) Your Privacy Choices Consumer Health Privacy Sitemap Contact Microsoft Privacy Terms of use Trademarks Safety & eco Recycling About our ads © Microsoft 2026

**Source URL:** https://support.microsoft.com/en-us/topic/third-party-cookie-inventory-81ca0c3d-c122-415c-874c-55610e017a6a

**Collection Timestamp:** Wed Apr 01 2026 12:06:05 GMT-0700 (Pacific Daylight Time)