Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna Mouw Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com
Jordan C. Harris, *pro hac vice*
JordanHarris@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000

Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant Magnite, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EDWARD LEWIS and PATRICIA CASTILLO, individually and on behalf of similarly situated individuals,

Plaintiffs,

v.

MAGNITE, INC.,

Defendant.

Case No. 2:25-CV-03448-MWC-SSC

**DEFENDANT MAGNITE INC.'S NOTICE OF *EX PARTE* APPLICATION AND APPLICATION FOR LEAVE TO FILE SURREPLY**

**NOTICE OF *EX PARTE* APPLICATION AND APPLICATION**

TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that as soon as the matter may be heard in Courtroom 6A before the Honorable Michelle Williams Court of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, California, 90012, Defendant Magnite, Inc. ("Magnite") will, and hereby does, move this Court *ex parte* for an order granting Magnite leave to file a sur-reply to address, in advance of the scheduled June 12, 2026, hearing on Plaintiffs' motion for class certification, the arguments raised in Plaintiffs' reply (Dkt. 94, "Reply") seeking exclusion of the Declaration of Magnite employee Jeff Wieland (Dkt. 85-2) and the report of Magnite's expert Ron Schnell (Dkt. 82-2), along with evidence from ad request logs that are discussed in Mr. Schnell's report.

Good cause exists for granting the application. This application is made on the grounds that the Reply introduces new legal theories and arguments that were not introduced with Plaintiffs' original moving papers, and Magnite has not had the opportunity to respond.

This application is being made *ex parte* because Magnite was served with the Reply on May 29, 2026, and the hearing on Plaintiffs' motion for class certification is scheduled for only fourteen days later, on June 12, 2026. Magnite thus has insufficient time to bring a noticed motion under Local Rule 6-1 (which requires notice of at least twenty-eight days) before Plaintiffs' motion for class certification is heard.

This application is made following the conference of counsel pursuant to Local Rule 7-3 which took place on June 1, 2026, via telephone, during which Magnite's counsel advised Plaintiffs' counsel of Magnite's intention to seek leave to file a sur-reply to give Magnite an opportunity to respond to Plaintiffs' request that the Court exclude evidence submitted in support of Magnite's class

certification opposition brief (Dkt. 85). Plaintiffs' counsel informed Magnite's counsel that Plaintiffs would oppose any surreply.

Pursuant to Local Rule 7-19, counsel for Plaintiffs in this matter are:

Julia T. Quinn
jquinn@loevy.com
Thomas M. Hanson
hanson@loevy.com
David B. Owens
david@loevy.com
Jonathan I. Loevy
jon@loevy.com
Michael I. Kanovitz
mike@loevy.com
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
Telephone: 312.243.5900

Plaintiffs' counsel is being served with this *ex parte* application via electronic transmission via the Court's ECF system.

This *ex parte* application is based on this Notice, the Sur-Reply In Support of Magnite's Opposition to Plaintiff's Motion for Class Certification, the Declaration of Anna Mouw Thompson, the Declaration of Nicola C. Menaldo, and the Proposed Order filed and submitted concurrently herewith, and upon such oral or documentary evidence or testimony that may be presented to this Court at or before the hearing on this application.

DATED: June 8, 2026 **PERKINS COIE LLP**

By: */s/ Nicola C. Menaldo*
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Anna Mouw Thompson, *pro hac vice*
AnnaThompson@perkinscoie.com

Jordan C. Harris, *pro hac vice*
JordanHarris@perkinscoie.com
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000

Alisha C. Burgin, Bar No. 286269
ABurgin@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant Magnite, Inc.