Nicola C. Menaldo, *pro hac vice*
nicola.menaldo@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000

Alisha C. Burgin, Bar No. 286269
alisha.burgin@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant Magnite, Inc.

*Additional counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD LEWIS, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MAGNITE, INC.,<br><br>Defendant. | Case No. 2:25-CV-03448-MWC-SSC<br><br>**DEFENDANT MAGNITE, INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 2, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6A<br>Judge: Michelle Williams Court |

Magnite, Inc. ("Magnite") seeks dismissal of the Second Amended Consolidated Complaint ("SAC") (ECF No. 58), with prejudice, for all of the reasons set forth in its Motion for Summary Judgment ("Motion") (ECF No. 130), including because: (1) Plaintiff has not suffered a concrete injury and therefore lacks Article III standing to bring his claims, (2) Plaintiff lacks evidence to establish that his expectation of privacy was reasonable or that Magnite's conduct was highly offensive and therefore cannot prove the elements of his invasion of privacy or unjust enrichment claims, (3) Plaintiff expressly consented to the sharing of his information with Magnite by agreeing to Yahoo's terms, therefore defeating all of his claims, (4) Plaintiff failed to use the available opt-out mechanisms, therefore defeating his privacy and unjust enrichment claims, (5) there is no evidence that Magnite benefited from Plaintiff's information, let alone at his expense, and Plaintiff therefore cannot prove his unjust enrichment claim, (6) Plaintiff's unjust enrichment claim is not an independent cause of action that can proceed while Plaintiff is also seeking money damages, (7) the khaos cookie does not record or decode data and therefore cannot be the basis of a pen register claim, (8) Magnite did not "install" or "use" the khaos cookie, therefore Plaintiff cannot prove an element of his pen register claim, (9) Yahoo consented to setting the khaos cookie, therefore Plaintiff's pen register claim fails, and (10) neither Magnite's JavaScript API nor server-to-server transmissions allegations involve the installation of a pen register on Plaintiff's device, therefore Plaintiff's pen register claims based on those theories fail.

In addition, since Magnite filed its Motion for Summary Judgment, the California legislature unanimously passed Senate Bill 690, which amended CIPA to eliminate a private cause of action for pen register claims based on "conduct occurring on an internet website, online application, or mobile application." S.B. 690, 2025–2026 Reg. Sess. § 1 (Cal. amended July 2, 2026). The bill, which

becomes law January 1, 2027 unless there is a governor's veto by September 30, 2026, will eliminate Plaintiff's pen register claim entirely. *See id.* § 1 (amending section 637.2 to read that "[a]n action against a private actor for a violation of Section 638.51 alleged to arise from conduct occurring on an internet website, online application, or mobile application may be brought under this section only by the Attorney General[]" and that the amendment shall "apply retroactively to any pending claim in an action commenced within two years before the operative date of that legislation").

Plaintiff has not filed an opposition to Magnite's Motion and his deadline for doing so was September 11, 2026.[1] Plaintiff's counsel has not sought an extension of Plaintiff's deadline to oppose the Motion nor indicated that he will seek leave to file an untimely opposition. Magnite would oppose any untimely request by Plaintiff, should he make one, to obtain leave of the Court to file an untimely opposition to the Motion.

The numerous arguments presented in Magnite's Motion were supported by competent evidence compiled in Magnite's Statement of Uncontroverted Facts (ECF No. 130-1). The Court may assume those facts to be true without controversy, because Plaintiff failed to dispute any of those facts in a Statement of Genuine Disputes or support such disputes by declaration or other written evidence. L.R. 56-4. Because Magnite's Motion seeks summary judgment on all remaining claims maintained by the lone plaintiff in this action, the Court's granting of that Motion should result in a dismissal with prejudice and entry of a final judgment in Magnite's favor.

---

[1] Magnite filed its Motion on August 14, 2026, and set it for hearing on October 2, 2026. Pursuant to Local Rules 7-9 and 56-2, Plaintiff's deadline to oppose the Motion, including to file a statement of genuine disputes of material fact, was 21 days before the date designated for the hearing: September 11, 2026.

DATED: September 15, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Nicola Menaldo*

Nicola C. Menaldo, *pro hac vice*
nicola.menaldo@ashurstperkins.com
Anna Mouw Thompson, *pro hac vice*
anna.thompson@ashurstperkins.com
Jordan C. Harris, *pro hac vice*
jordan.harris@ashurstperkins.com
Anna Thompson-Lanners, *pro hac vice*
anna.thompson-lanners@ashurstperkins.com
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000

Hayden M. Schottlaender, *pro hac vice*
hayden.schottlaender@ashurstperkins.com
**ASHURST PERKINS COIE US LLP**
2699 Howell Street, Suite 700
Dallas, Texas 75204-5810
Telephone: 214.965.7700
Facsimile: 214.965.7799

Aaron Haberman, *pro hac vice*
aaron.haberman@ashurstperkins.com
**ASHURST PERKINS COIE US LLP**
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

[*remaining signatures on next page*]

Alisha C. Burgin, Bar No. 286269
alisha.burgin@ashurstperkins.com
Marlenee Blas Pedral, Bar No. 355199
marlenee.blaspedral@ashurstperkins.com
**ASHURST PERKINS COIE US LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

*Attorneys for Defendant Magnite, Inc.*