Thomas M. Hanson, Bar No. 184465
hanson@loevy.com
David B. Owens, Bar No. 275030
david@loevy.com
Jon Loevy, *pro hac vice*
jon@loevy.com
Mike Kanovitz, *pro hac vice*
mike@loevy.com
Julia Quinn, *pro hac vice*
jquinn@loevy.com
LOEVY & LOEVY
333 S Grand, Ste 3310
Los Angeles, CA 90071
(312) 243-5900 (phone)
(312) 243-5902 (fax)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD LEWIS, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNITE, INC.,<br><br>Defendant. | Case No. 2:25-cv-03448-MWC-SSC<br><br>**STIPULATION FOR DISMISSAL OF ACTION (L.R. 7-1)**<br><br>Courtroom: 6A<br>Judge: Hon. Michelle Williams Court |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 7-1, plaintiff Edward Lewis and defendant Magnite, Inc., being the only parties who have appeared and remain in this action, stipulate and agree that this action shall be dismissed with prejudice. The parties are to bear their own costs.

Plaintiff dismisses his claims in light of the Court's ruling on class certification, Dkt. 120, as well as developments since the action was initiated, such as the passage of Cal. Penal Code § 637.2(d)(1). This dismissal does not result from any settlement or payment between the parties.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court and take all actions necessary to administratively close the case.

Dated: September 21, 2026 **ASHURST PERKINS COIE US LLP**

By: *Nicola C. Menaldo*

Nicola C. Menaldo, *pro hac vice*
nicola.menaldo@ashurstperkins.com
Anna Mouw Thompson, *pro hac vice*
anna.thompson@ashurstperkins.com
Jordan C. Harris, *pro hac vice*
jordan.harris@ashurstperkins.com
Anna Thompson-Lanners, *pro hac vice*
anna.thompson-lanners@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 206.359.8000
Facsimile: 206.359.9000

Hayden M. Schottlaender, *pro hac vice*
hayden.schottlaender@ashurstperkins.com
ASHURST PERKINS COIE US LLP
2699 Howell Street, Suite 700
Dallas, Texas 75204-5810
Telephone: 214.965.7700
Facsimile: 214.965.7799

Aaron Haberman, *pro hac vice*
aaron.haberman@ashurstperkins.com
ASHURST PERKINS COIE US LLP
700 Thirteenth Street N.W., Suite 800
Washington, DC 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Alisha C. Burgin, Bar No. 286269
alisha.burgin@ashurstperkins.com
Marlenee Blas Pedral, Bar No. 355199
marlenee.blaspedral@ashurstperkins.com
ASHURST PERKINS COIE US LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant Magnite, Inc.

Dated: September 21, 2026 **LOEVY & LOEVY**

By: *Thomas M. Hanson*

Thomas M. Hanson, Bar No. 184465
hanson@loevy.com
Jon Loevy, *pro hac vice*
jon@loevy.com
Mike Kanovitz, *pro hac vice*
mike@loevy.com
David B. Owens, SBN 275030
david@loevy.com
Julia Quinn, *pro hac vice*
jquinn@loevy.com
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
Telephone: 312.243.5900
Facsimile: 312.243.5902

Attorneys for Plaintiff Lewis

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Thomas M. Hanson, hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: September 21, 2026

Respectfully submitted,
LOEVY & LOEVY

By: *Thomas M. Hanson*
Thomas M. Hanson
hanson@loevy.com

Attorneys for Plaintiff